(Rev. 10/2002) General Document

# UNITED STATES DISTRICT COURT

## Southern District of Florida

Case Number: 0:24-CV-60382

Jessica Piafsky an individual

_____
Plaintiff(s)

v.

Roi Neeman and
Construction Fort Lauderdale
Inc. d/B/A MB Home Improvements

_____
Defendant(s)

FILED BY _____ D.C.

MAR 26 2024

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. LAUD.

_____
Request for extention
*(TITLE OF DOCUMENT)*

I, Roi Neeman _____ plaintiff or defendant, in the above styled cause,
am requesting an extention to respond to the
complaint.

(Rev. 10/2002) General Document

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

**Certificate of Service**

I _Roi Neeman_ , certify that on this date _3/26/24_ a true copy
of the foregoing document was mailed to: _____
                                             name(s) and address(es)

_____

By: _____              _____
                                            Signature of Filer
_____                   Roineeman29@gmail.com
Printed or typed name of Filer              E-mail address
_____                   954-609-8006
Florida Bar Number                          Facsimile Number
_____
Phone Number
_4814 SW 34th ter_
Street Address
_Fort Lauderdale, FL 33312_
City, State, Zip Code