UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:24-cv-60382-LEIBOWITZ

JESSICA PIAFSKY,

    *Plaintiff*,

v.

MB HOME IMPROVEMENTS, INC.,
*et al.*,

    *Defendants*.

_____/

## ORDER

**THIS CAUSE** is before the Court on *pro se* Defendant Roi Neeman's Motion for Extension of Time to File Response/Reply to Complaint [ECF No. 8]. Mr. Neeman does not state how much extra time he needs. Plaintiff has responded [ECF No. 9] and agrees to an extension of two weeks for all Defendants to respond to the Complaint in light of Mr. Neeman's *pro se* status. [*Id.* at 2]. Plaintiff points out, however, that Mr. Neeman failed to confer with Plaintiff prior to filing the instant motion as is required by the Local Rules. [*Id.*] The Court will issue by separate Order its instructions to *pro se* litigants to make clear that Mr. Neeman, notwithstanding his *pro se* status, must comply with all Federal Civil Rules and the Local Rules of this Court throughout the pendency of this action. Upon due consideration, it is hereby

**ORDERED AND ADJUDGED** the Motion [**ECF No. 8**] is **GRANTED.** Defendants must respond to the Complaint **no later than April 23, 2024**.

**DONE AND ORDERED** in Chambers at Ft. Lauderdale, Florida on April 4, 2024.



DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc:    counsel of record
        Roi Neeman, *pro se*