**MAXIM BOHADANA**
9610 NW 24th Street
Sunrise, FL 33322
Telephone Number: 954-864-8623

## MEMO

FILED BY _____ D.C.
APR 23 2024
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. LAUD.

**DATE:** April 22, 2024

**TO:** Honorable David Leibowitz

**FROM:** Maxim Bohadana, Defendant

Re: Piafsky v. MB Home Improvements, Inc etal
United States District Court for the Southern District of Florida
Civil Action No: 0:24-CV-60382

### MESSAGE

Please review my Sworn Motion to Dismiss because either I or my company is the proper party. If the motions meet with your approval please execute an Order dismissing me and my company from the case or in the alternative please set the matter for hearing so the Plaintiff can prove to this honorable court and myself that either I, an employee, or subcontractor of my company had indeed contracted with her on my behalf.

I thank you in advance for giving this matter your attention.

Respectfully submitted,

UNITED STATES DISTRICT COURT
for the
Southern District of Florida

JESSICA PIAFSKY,   Civil Action No.: 0:24-CV-60382

    Plaintiff,

v.

MB HOME IMPROVEMENTS, INC, a Florida Corporation,
MAXIM BOHADANA, an individual, ROI NEEMAN, an
Individual and CONSTRUCTION FORT LAUDERDALE
INC., d/b/a MB HOME IMPROVEMENT,

    Defendants.
_____/

### DEFENDANT'S SWORN MOTION TO DISMISS

    Pursuant to Fed. R. Civ. P. (12(b) (2), Defendant, MAXIM BOHADANA, prose' hereby files this Motion to Dismiss Plaintiff, JESSICA PIAFSKY Complaint against myself "individually" and my business, MB HOME IMPROVEMENTS, INC a Florida Corporation, as neither I nor my corporation is the proper party to Plaintiff's cause of action and therefore not subject to the personal jurisdiction of the court and in support thereof states:

1. On April 2, 2024, I was served at my home at 9610 NW 24th Street, Sunrise, Florida with a "Summons and Complaint" in a civil action filed in the Federal Court.

2. My principal address is 6412 N University Drive, Ste 102, Tamarac, Florida 33321, not 1118 N 46th Terrace, Hollywood, FL 33021. There are 14 companies d/b/a MB Home Improvements in the State of Florida.

3. I am the owner, president, and registered agent of MB Home Improvements Inc, a Florida Corporation." filed with the Division of Corporation on 5/7/2020, document number: "P20000034895" and active to date.

4. I am fully licensed to do business in the State of Florida.

5. My license number is indeed, "CBC1265305" and CCC1334811".

6. The Plaintiff alleges in her complaint that the Defendant, RIO NEEMAN, entered into a home renovation contract on behalf of my company. This is false.

7. Further Plaintiff states Defendant, RIO NEEMAN, gave my license number as his own. If this did indeed happen, it was totally without my knowledge and/or permission and would be fraudulent on his behalf.

8. Neither I nor any employee or subcontractor acting on my direction has ever entered into a contract on my or my company's behalf for home renovations to the Plaintiff's alleged property at 3272 SW 51st Street, Hollywood, Florida through Defendant, RIO NEEMAN, or his businesses "Construction Fort Lauderdale or Construction Fort Lauderdale d/b/a MB Home Improvements".

9. I personally do not know and never had any contact whatsoever with the Plaintiff in the instant case which she states in her complaint, or does she allege she ever gave me money for the job or deposited funds into my business account.

10. Further, in her complaint the Plaintiff alleges that she contracted with Defendant, RIO NEEMAN and his company, **Construction Fort Lauderdale d/b/a MB Home Improvements** and never heard of me.

11. Further she states she made two payments to Defendant's NEEMAN's personal account and all other payments to his business "Construction Fort Lauderdale d/b/a MB Home Improvements account".

12. In one paragraph she states she never heard of me and in another she states she believed I received money for the job from Defendant, Neeman. This is incorrect.

13. Since I never contracted with the Plaintiff, either individually or through my business, I obviously never received any money from her concerning this matter.

14. Since I never contracted with Defendant, RIO NEEMAN either individually or though his company, I obviously never received any money from him concerning this matter.

15. Under Fed. R. Civ. P. 12(b) (2), a defendant may move for dismissal based on lack of personal jurisdiction.

**WHEREFORE**, the Defendant(s) MAXIM BOHADANA, individually, and on behalf of my corporation, MB Home Improvements Inc. a Florida Corporation, hereby respectfully request this honorable Court grant this Sworn Motion to Dismiss and dismiss the case against me and my business as neither I nor my business is the proper party and therefore not subject to the personal jurisdiction of this court, or in the alternative set the matter for hearing so the Plaintiff can show proof why I or my business are proper parties to her action.

STATE OF FLORIDA   )
                   ) SS
COUNTY OF BROWARD)

BEFORE ME, the undersigned authority, personally appeared MAXIM BOHADANA, who, being duly sworn by me deposes and says that he executed the foregoing for the reasons therein expressed.

SWORN TO AND SUBSCRIBED before me this 22 day of April, 2024.

_____
Notary Public

My Commission Expires:

DEBRA L. KRAVITZ
Commission # HH 086156
Expires February 8, 2025
Bonded Thru Budget Notary Services

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a copy of the foregoing instrument was sent by 1st class US mail to David W. Berenthal, Esq., Berenthal & Associates, P.A., 255 Alhambra Circle, Suite 1150, Coral Gables, FL 33134 on this 22nd day of April, 2024.

Respectfully Submitted,

By: _____
*Maxim Bohadana, prose*
9610 NW 24th Street
Sunrise, FL 33322
954-864-8623