COURT

UNITED STATES DISTRICT COURT
for the
Southern District of Florida

JESSICA PIAFSKY,

Civil Action No.: 0:24-CV-60382

Plaintiff,

v.

MB HOME IMPROVEMENTS, INC, a Florida Corporation, MAXIM BOHADANA, an individual, ROI NEEMAN, an Individual and CONSTRUCTION FORT LAUDERDALE INC., d/b/a MB HOME IMPROVEMENT,

Defendants.

FILED BY ____ D.C.
APR 30 2024
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. LAUD.

**DEFENDANT'S MB HOME IMPROVEMENTS, INC, a Florida Corporation, SWORN MOTION TO DISMISS**

Pursuant to Fed. R. Civ. P. (12(b) (2), Defendant, MAXIM BOHADANA, prose' hereby files this Motion to Dismiss Plaintiff, JESSICA PIAFSKY Complaint against my business, MB HOME IMPROVEMENTS, INC a Florida Corporation, as my corporation is not the proper party to Plaintiff's cause of action and therefore not subject to the specific personal jurisdiction of the court and in support thereof states:

1. On April 10, 2024, I was served at 6412 N. University Drive, Ste 102, Tamarac, FL 33321 with a "Summons and Complaint" in a civil action filed in the Federal Court.
2. I am the owner, president, and registered agent of MB Home Improvements Inc, a Florida Corporation." filed with the Division of Corporation on 5/7/2020, document number: "P20000034895" and active to date. ***Exhibit "A" attached and incorporated hereto.***
3. I am fully licensed to do business in the State of Florida.
4. My license numbers are: "CBC1265305" and CCC1334811".
5. Neither I or anyone from my company, MB HOME IMPROVEMENTS, INC a Florida Corporation, had any activity whatsoever with the Plaintiff that would have given rise to the Plaintiff suit

against my company.

6. The Plaintiff alleges in her complaint that the Defendant, RIO NEEMAN, entered into a home renovation contract on behalf of "my" company. This is false.

7. The Plaintiff alleges she entered into a construction contract for renovations with Defendant, NEEMAN, under his company, "Construction Fort Lauderdale d/b/a MB Home Improvements". ***Exhibit "B" and "C" attached and incorporated hereto.***

8. Further, Plaintiff states Defendant, NEEMAN, gave my license number as his own. If this did indeed happen, it was totally without my knowledge and/or permission and would be fraudulent on his behalf.

9. Neither I nor any employee or subcontractor acting on my direction has ever entered into a contract on my company's behalf for home renovations to the Plaintiff's alleged property at 3272 SW 51st Street, Hollywood, Florida through Defendant, NEEMAN, or his businesses "Construction Fort Lauderdale" or "Construction Fort Lauderdale d/b/a MB Home Improvements".

10. I personally do not know the Plaintiff, nor have I ever had any contact whatsoever with the Plaintiff in the instant case which she states in her complaint. She alleges she never had any knowledge of me or my specific company until she decided to file suit on Defendant, NEEMAN, and his company.

11. Further, Plaintiff states that she personally never gave me any deposit money whatsoever for the alleged job or ever deposited any kind of payments into my business account, but rather she alleges she deposited two payments to Defendant's NEEMAN's personal account and all other payments to his business account "Construction Fort Lauderdale d/b/a MB Home Improvements".

12. Further, Plaintiff admits in one paragraph she never heard of me, never had any contact with me and in another paragraph states their came a time she was told by Defendant, NEEMAN, that my

company was doing the job and I received money for the job from Defendant, NEEMAN. If what she alleges is true, this also is false

13. Since I never contracted with the Plaintiff, either individually or through my business, I obviously never received any money from her concerning this matter that would make my company a party to this suit.
14. Since I never contracted with Defendant, RIO NEEMAN, either individually or though his company, I obviously never received any money from him concerning this matter that would make me or my company a party to this suit.
15. There are 14 companies, including myself and Defendant, RIO NEEMAN's, d/b/a "MB Home Improvements" that either did or may have been doing business in the State of Florida during the time period the Plaintiff alleges she entered the contract with "MB Home Improvements". ***Exhibit "D" attached and incorporated hereto.***
16. Under Fed. R. Civ. P. 12(b) (2), a defendant may move for dismissal based on lack of specific personal jurisdiction.

**WHEREFORE**, I, Defendant, MAXIM BOHADANA, on behalf of my corporation, MB Home Improvements, Inc. a Florida Corporation, hereby respectfully request this honorable Court grant this Sworn Motion to Dismiss dismissing the case against my business as my business is not the proper party and therefore not subject to the specific personal jurisdiction of this court, or in the alternative set the matter for hearing so the Plaintiff can show proof that my business is a proper party to her civil suit.

STATE OF FLORIDA )
) SS
COUNTY OF BROWARD)

BEFORE ME, the undersigned authority, personally appeared MAXIM BOHADANA, Owner/ President on behalf of "MB Home Improvements, Inc. a Florida Corporation" who, being duly sworn by me deposes and says that he executed the foregoing for the reasons therein expressed.

SWORN TO AND SUBSCRIBED before me this 30th day of April, 2024.

Notary Public

My Commission Expires:

DEBRA L. KRAVITZ
Commission # HH 086156
Expires February 8, 2025
Bonded Thru Budget Notary Services

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing instrument was sent by 1st class US mail to David W. Berenthal, Esq., Berenthal & Associates, P.A., 255 Alhambra Circle, Suite 1150, Coral Gables, FL 33134 on this 30th day of April, 2024.

Respectfully Submitted,

By: ______________________________

*Maxim Bohadana, Owner/ President*
*On behalf of MB Home Improvements, Inc.*
*A Florida Corporation*
6412 N. University Drive
Suite 102
Tamarac, FL 33321
954-864-8623

Sunbiz.org Division of Corporations
*an official State of Florida website*

Department of State / Division of Corporations / Search Records / Search by Entity Name /

# Detail by Entity Name

Florida Profit Corporation
MB HOME IMPROVEMENTS INC

**Filing Information**

| | |
|---|---|
| **Document Number** | P20000034895 |
| **FEI/EIN Number** | 85-1032639 |
| **Date Filed** | 05/07/2020 |
| **State** | FL |
| **Status** | ACTIVE |

**Principal Address**

6412 N UNIVERSITY DR
STE 102
TAMARAC, FL 33321

Changed: 02/17/2022

**Mailing Address**

6412 N UNIVERSITY DR
STE 102
TAMARAC, FL 33321

Changed: 02/17/2022

**Registered Agent Name & Address**

BOHADANA, MAXIM
6412 N UNIVERSITY DR
STE 102
TAMARAC, FL 33321

Address Changed: 02/17/2022

**Officer/Director Detail**

**Name & Address**

Title P

BOHADANA, MAXIM
6412 N UNIVERSITY DR
STE 102
TAMARAC, FL 33321

Exibit "A"

**2023 FLORIDA PROFIT CORPORATION AMENDED ANNUAL REPORT**

**FILED**
**Nov 22, 2023**
**Secretary of State**
**9601143444CC**

DOCUMENT# P20000034895

**Entity Name:** MB HOME IMPROVEMENTS INC

**Current Principal Place of Business:**

6412 N UNIVERSITY DR
STE 102
TAMARAC, FL 33321

**Current Mailing Address:**

6412 N UNIVERSITY DR
STE 102
TAMARAC, FL 33321 US

**FEI Number: 85-1032639**

**Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

BOHADANA, MAXIM
6412 N UNIVERSITY DR
STE 102
TAMARAC, FL 33321 US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE: ______________________________

Electronic Signature of Registered Agent — Date

**Officer/Director Detail :**

| | | | |
|---|---|---|---|
| Title | P | Title | VP |
| Name | BOHADANA, MAXIM | Name | SISSON, HILA |
| Address | 6412 N UNIVERSITY DR<br>STE 102 | Address | 6412 N UNIVERSITY DR<br>STE 102 |
| City-State-Zip: | TAMARAC FL 33321 | City-State-Zip: | TAMARAC FL 33321 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: MAXIM BOHADANA — PRESIDENT — 11/22/2023

Electronic Signature of Signing Officer/Director Detail — Date

Sunbiz.org Division of Corporations
*an official State of Florida website*



# Detail by Entity Name

Florida Profit Corporation
CONSTRUCTION FORT LAUDERDALE INC

**Filing Information**

| | |
|---|---|
| **Document Number** | P20000037947 |
| **FEI/EIN Number** | 85-1207768 |
| **Date Filed** | 05/19/2020 |
| **State** | FL |
| **Status** | ACTIVE |

**Principal Address**

4814 SW 34TH TERRACE
FT LAUDERDALE, FL 33312

**Mailing Address**

4814 SW 34TH TERRACE
FT LAUDERDALE, FL 33312

**Registered Agent Name & Address**

NEEMAN, ROI
4814 SW 34TH TERRACE
FT LAUDERDALE, FL 33312

**Officer/Director Detail**

**Name & Address**

Title PRES

NEEMAN, ROI
4814 SW 34TH TERRACE
FT LAUDERDALE, FL 33312

**Annual Reports**

| **Report Year** | **Filed Date** |
|---|---|
| 2021 | 04/07/2021 |
| 2022 | 04/04/2022 |
| 2023 | 03/06/2023 |

**Document Images**

| | |
|---|---|
| 03/06/2023 -- ANNUAL REPORT | View image in PDF format |

Exhibit "B"

# APPLICATION FOR REGISTRATION OF FICTITIOUS NAME

REGISTRATION# G22000027869

**Fictitious Name to be Registered:** MB HOME IMPROVEMENTS

**Mailing Address of Business:** 4814 SW 34TH TER
FORT LAUDERDALE, FL 33312

**Florida County of Principal Place of Business:** MULTIPLE

**FEI Number:**

**FILED**
**Mar 03, 2022**
**Secretary of State**

**Owner(s) of Fictitious Name:**

CONSTRUCTION FORT LAUDERDALE INC
4814 SW 34TH TER
FORT LAUDERDALE, FL 33312
Florida Document Number: P20000037947
FEI Number: 85-1207768

the undersigned, being an owner in the above fictitious name, certify that the information indicated on this form is true and ccurate. I further certify that the fictitious name to be registered has been advertised at least once in a newspaper as defined Chapter 50, Florida Statutes, in the county where the principal place of business is located. I understand that the electronic gnature below shall have the same legal effect as if made under oath and I am aware that false information submitted in a ocument to the Department of State constitutes a third degree felony as provided for in s. 817.155, Florida Statutes.

OI NEEMAN
Electronic Signature(s)

03/03/2022
Date

**ertificate of Status Requested ( )** **Certified Copy Requested ( )**

Exhibit "C"

DIVISION OF CORPORATIONS

Division of Corporations
an official State of Florida website

Previous List Next List

Fictitious Name Search
Submit

# Fictitious Name List

| | Fictitious Name | Address | City | State | County | Status |
|---|---|---|---|---|---|---|
| 1. | MB HOME IMPROVEMENTS | 1106 NE 13TH PL | CAPE CORAL | FL | LEE | A |
| 2. | MB HOME IMPROVEMENTS | 18117 BISCAYNE BLVD | AVENTURA | FL | MULTIPLE | A |
| 3. | MB HOME IMPROVEMENTS | 2234 NORTH FEDERAL HWY | BOCA RATON | FL | PALM BEACH | A |
| 4. | MB HOME IMPROVEMENTS | 2457 SW MERCER ST. | PORT SAINT LUCIE | FL | ST. LUCIE | A |
| 5. | MB HOME IMPROVEMENTS | 2907 NW 130TH AVE | SUNRISE | FL | MULTIPLE | A |
| 6. | MB HOME IMPROVEMENTS | 359 DOUGLAS ROAD E | OLDSMAR | FL | MULTIPLE | A |
| 7. | MB HOME IMPROVEMENTS | 411 NORTH FEDERAL HWY | HALLANDALE BEACH | FL | MULTIPLE | A |
| 8. | MB HOME IMPROVEMENTS | 4300 S JOG RD | GREENACRES | FL | MULTIPLE | A |
| 9. | MB HOME IMPROVEMENTS | 4814 SW 34TH TER | FORT LAUDERDALE | FL | MULTIPLE | A |
| 10. | MB HOME IMPROVEMENTS | 6412 N UNIVERSITY DR | TAMARAC | FL | BROWARD | A |
| 11. | MB HOME IMPROVEMENTS | 6412 N UNIVERSITY DR | TAMARAC | FL | BROWARD | A |
| 12. | MB HOME IMPROVEMENTS | 6412 N UNIVERSITY DR | TAMARAC | FL | BROWARD | A |
| 13. | MB HOME IMPROVEMENTS | 7500 NW 36 ST | LAUDERHILL | FL | MULTIPLE | A |
| 14. | MB HOME IMPROVEMENTS | PO BOX 486 | LOXAHATCHEE | FL | PALM BEACH | A |
| | MB HOTEL | 6525 COLLINS AVENUE | MIAMI BEACH | FL | MIAMI-DADE | A |
| | MB HOTEL LIQUIDATORS | 851 N 11TH AVE | HOLLYWOOD | FL | MULTIPLE | A |
| | MB HOTELS | 6525 COLLINS AVENUE | MIAMI BEACH | FL | MIAMI-DADE | E |
| | M & B HOUSE CLEANNING | 1528 SARACEN LANE | NORTH PORT | FL | SARASOTA | E |
| | MBH PRODUCTIONS | 4545 SW 60TH AVE #770003 | OCALA | FL | MULTIPLE | E |
| | MB HRIM CONFECTIONERY | 900 EAST INDIANTOWN ROAD | JUPITER | FL | PALM BEACH | E |

Previous List Next List

Fictitious Name Search
Submit

Florida Department of State, Division of Corporations

"Exhibit D"