**MB HOME IMPROVEMENTS, INC.**
6412 N. University Drive, Suite 102
Tamarac, FL 33321
Telephone no.: 954-864-8623

FILED BY ABM D.C.

APR 30 2024

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. LAUD.

# MEMO

**DATE: April 30, 2024**

**TO: Honorable David S. Leibowitz**

**FROM:** Maxim Bohadana, Owner/President
*On behalf of MB Home Improvements, Inc. a Florida Corporation,* Defendant

Re: Piafsky v. MB Home Improvements, Inc., etal
United States District Court for the Southern District of Florida
Civil Action No: 0:24-CV-60382

MESSAGE

Please review my Sworn Motion to Dismiss because my company "MB Home Improvements, Inc. a Florida Corporation" is not the proper party. If the motions meet with your approval please execute an Order dismissing my company "MB Home Improvements, Inc. a Florida Corporation" from this suit or in the alternative please set the matter for hearing so the Plaintiff can prove to this honorable court that my company or an employee of my company is in fact who she contracted with and paid.

I thank you in advance for giving this matter your attention.

Respectfully submitted,

**MAXIM BOHADANA, President**
*On behalf of*
*MB Home Improvements, Inc. a Florida Corporation*
6412 N. University Drive
Suite 102
Tamarac, FL 33321
954-864-8623