UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:24-cv-60382-LEIBOWITZ

JESSICA PIAFSKY,

    *Plaintiff*,

v.

MB HOME IMPROVEMENTS, INC., *et al.*,

    *Defendants*.

_____/

## ORDER

    Before the Court is Defendant Roi Neeman's Suggestion of Bankruptcy Filing and Automatic Stay Pursuant to 11 U.S.C. § 362(a) [ECF No. 20] filed on May 7, 2024. On May 7, 2024, Defendant Neeman filed a voluntary petition for bankruptcy in the United States Bankruptcy Court for the Southern District of Florida. In his Suggestion of Bankruptcy [ECF No. 20], Defendant Neeman did not request that this Court stay the proceedings against him; however, in general, the filing of a bankruptcy petition automatically stays judicial proceedings against the debtor. *See* 11 U.S.C. § 362(a). Given Mr. Neeman's Suggestion of Bankruptcy, this matter must be stayed against him. *See In re Horne*, 876 F.3d 1076, 1078 (11th Cir. 2017) ("The filing of the [debtors'] bankruptcy triggered an automatic stay of any litigation against them under 11 U.S.C. § 362(a)(1)."). Upon due consideration, it is hereby

    **ORDERED AND ADJUDGED** the case is stayed as to Defendant Neeman until the automatic stay imposed by 11 U.S.C. § 362(a)(1) is lifted or dissolved. Defendant Neeman shall notify this Court within ten (10) days after the stay is lifted or dissolved. In any event, Defendant Neeman

shall submit a report to this Court at the end of the 90 days which sets forth the status of the proceedings in bankruptcy, and each 90 days thereafter if the bankruptcy proceedings are still pending.

**DONE AND ORDERED** in the Southern District of Florida on May 9, 2024.



DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc:  counsel of record
Roi Neeman, *pro se*
Maxim Bohadana, *pro se*
MB Home Improvements, Inc., *pro se*