UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 0:24-cv-60382-DSL

| | |
|---|---|
| JESSICA PIAFSKY, an individual,<br><br>          Plaintiff,<br><br>v.<br><br>MB HOME IMPROVEMENTS INC. a Florida Corporation, MAXIM BOHADANA, an Individual, ROI NEEMAN, an Individual and CONSTRUCTION FORT LAUDERDALE, INC. d/b/a MB HOME IMPROVEMENTS, a Florida Corporation,<br>          Defendants | **EXHIBITS TO PLAINTIFF'S RESPONSE TO DEFENDANT MAXIM BOHADANA'S MOTION TO DISMISS THE COMPLAINT PURSUANT TO FED. R. CIV. P. 12 (B)(2)** |

# EXHIBIT A

# RETURN OF SERVICE

UNITED STATES DISTRICT COURT
Southern District of Florida

Case Number: 0:24-CV-60382-DSL

Plaintiff:
**JESSICA PIAFSKY, an individual**

vs.

Defendants:
**MB HOME IMPROVEMENTS INC. a Florida corporation, MAXIM BOHADANA, an individual, ROI NEEMAN, an individual and CONSTRUCTION FORT LAUDERDALE INC. d/b/a MB HOME IMPROVEMENTS, a Florida corporation,**

For:
David W. Berenthal, Esq.
Berenthal & Associates
45 East 72 Street, Suite 5C
New York, NY 10021

Received by Civil Process LLC on the 11th day of March, 2024 at 8:00 am to be served on **Maxim Bohadana, 1118 N 46th Terrace, Hollywood, FL 33021**.

I, Dan Ackerman, do hereby affirm that on the **2nd day of April, 2024** at **7:30 am, I:**

**SUBSTITUTE** served by delivering a true copy of the **SUMMONS IN A CIVIL ACTION, AND COMPLAINT WITH EXHIBITS** with the date and hour of service endorsed thereon by me, to: **Nicole Bohadana** as **Co-Resident/Wife** at the alternate address of: **9610 NW 24TH ST, SUNRISE, FL 33322**, the within named person's usual place of **Abode**, who resides therein, who is fifteen (15) years of age or older and informed said person of the contents therein, in compliance with state statutes..

**Description** of Person Served: Age: 35, Sex: F, Race/Skin Color: Caucasian, Height: 5'5", Weight: 150, Hair: Dark Brown, Glasses: N

Under penalties of perjury, I swear or affirm, pursuant to Fla. Stat. 95.525 that I have read the foregoing and the facts stated herein are true. I am over the age of 18; have no interest in the above action; and am a Special Process Server in good standing in the circuit in which service was effected in accordance with State Statutes.

/ s / Dan Ackerman

**Dan Ackerman**
SPS #362

**Civil Process LLC
7350 NW 77th Street
Medley, FL 33166
(305) 375-9111**

Our Job Serial Number: CPP-2024000489

Copyright © 1992-2024 DreamBuilt Software, Inc. - Process Server's Toolbox V8.2u