UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 0:24-cv-60382-DSL

| | |
|---|---|
| JESSICA PIAFSKY, an individual,<br>　　　　　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>MB HOME IMPROVEMENTS INC. a Florida Corporation, MAXIM BOHADANA, an Individual, ROI NEEMAN, an Individual and CONSTRUCTION FORT LAUDERDALE, INC. d/b/a MB HOME IMPROVEMENTS, a Florida Corporation,<br>　　　　　　　　　　　　　　　Defendants | **EXHIBITS TO PLAINTIFF'S RESPONSE TO DEFENDANT MAXIM BOHADANA'S MOTION TO DISMISS THE COMPLAINT PURSUANT TO FED. R. CIV. P. 12 (B)(2)** |

# EXHIBIT B

# BROWARD COUNTY UNIFORM BUILDING PERMIT APPLICATION

Revised 11-17-2022

Select One Trade: ☑ Building  ☐ Electrical  ☐ Plumbing  ☐ Mechanical  ☐ Other _____

Application Number: _____  Application Date: 10/5/23

## 1

Job Address: 3272 SW 51ST STREET  Unit: N/A  City: HOLLYWOOD

Tax Folio No.: 504231202950  Flood Zn: ___  BFE: ___  Floor Area: 2885  Job Value: $150,000

Building Use: RESIDENTIAL  Construction Type: ___  Occupancy Group: ___

Present Use: RESIDENTIAL  Proposed Use: RESIDENTIAL

Description of Work: KITCHEN AND 2.5 BATHROOM REMODEL

☐ New  ☐ Addition  ☐ Repair  ☑ Alteration  ☐ Demolition  ☐ Revision  ☐ Other: _____

Legal Description: BANYAN OAKRIDGE PLAT 157-44 B A POR PAR A DESC'D AS:COMM MOST NELY COR SAID PAR A;SW 1062.78TO POB,S 120,W 70,N 120,E 70 TO POB AKA: LOT 295 OF WESTBROOKE A   ☐ Attachment

## 2

Property Owner: JESSICA PIAFSKY  Phone: (954) 300-7279  Email: NLEVY0330@GMAIL.COM

Owner's Address: 3272 SW 51ST STREET  City: HOLLYWOOD  State: FL  Zip: 33312

## 3

Contracting Co.: MB HOME IMPROVEMENTS INC  Phone: (954) 707-6550  Email: MBHOMEIMPROVEMENTSINC@GMAIL.COM

Company Address: 6412 N UNIVERSITY DRIVE SUITE 102  City: TAMARAC  State: FL  Zip: 33321

Qualifier's Name: MAXIM BOHADANA  ☐ Owner-Builder  License Number: CBC1265305

## 4

Architect/Engineer's Name: N/A  Phone: ___  Email: N/A

Architect/Engineer's Address: N/A  City: N/A  State: N/A  Zip: N/A

Bonding Company: N/A

Bonding Company's Address: N/A  City: N/A  State: N/A  Zip: N/A

Fee Simple Titleholder's Name (If other than the owner): N/A

Fee Simple Titleholder's Name (If other than the owner): N/A  City: N/A  State: N/A  Zip: N/A

Mortgage Lender's Name: N/A

Mortgage Lender's Address: N/A  City: N/A  State: N/A  Zip: N/A

*Page 1 of 2*

# BROWARD COUNTY UNIFORM BUILDING PERMIT APPLICATION

Job Address: __3272 SW 51ST STREET__    Unit: __N/A__    City: __HOLLYWOOD__

Application is hereby made to obtain a permit to do the work and installations as indicated. I certify that no work or installation has commenced prior to the issuance of a permit and that all work will be performed to meet the standards of all laws regulating construction in this jurisdiction. I understand that a separate permit must be secured for ELECTRICAL WORK, PLUMBING, SIGNS, WELLS, POOLS, FURNACES, BOILERS, HEATERS, TANKS, and AIR CONDITIONERS, etc.

**OWNER'S AFFIDAVIT:** I certify that all the foregoing information is accurate and that all work will be done in compliance with all applicable laws regulating construction and zoning.

**WARNING TO OWNER: YOUR FAILURE TO RECORD A NOTICE OF COMMENCEMENT MAY RESULT IN YOUR PAYING TWICE FOR IMPROVEMENTS TO YOUR PROPERTY. A NOTICE OF COMMENCEMENT MUST BE RECORDED AND POSTED ON THE JOB SITE BEFORE THE FIRST INSPECTION. IF YOU INTEND TO OBTAIN FINANCING, CONSULT WITH YOUR LENDER OR AN ATTORNEY BEFORE COMMENCING WORK OR RECORDING YOUR NOTICE OF COMMENCEMENT.**

| X _____ | X _____/signature/_____ |
|---|---|
| Signature of Property Owner or Agent (Including Contractor) | Signature of Qualifier |
| STATE OF FLORIDA<br>COUNTY OF _____ | STATE OF FLORIDA<br>COUNTY OF _BROWARD_ |
| Sworn to (or affirmed) and subscribed before me by means of ___ physical presence or ___ online notarization, this ____ day of _____, 20____ by | Sworn to (or affirmed) and subscribed before me by means of _✓_ physical presence or ___ online notarization, this _17_ day of _Oct_, 20_23_ by _/signature: martin Bohadana/_ |
| _____<br>(Type/Print Property Owner or Agent Name) | _____<br>(Type/Print Qualifier or Agent Name) |
| _____<br>NOTARY'S SIGNATURE as to Owner or Agent's Signature | _/signature/_____<br>NOTARY'S SIGNATURE as to Qualifier or Agent's Signature<br>[Notary stamp: Notary Public State of Florida, Nathanael Abraham Massott, My Commission HH 272531, Expires 3/13/2027] |
| Notary Name _____<br>(Print, Type or Stamp Notary's Name) | Notary Name _Nathanael Abraham Massott_<br>(Print, Type or Stamp Notary's Name) |
| Personally Known _____   Produced Identification _____ | Personally Known _✓_   Produced Identification _____ |
| Type of Identification Produced _____ | Type of Identification Produced _____ |

APPROVED BY: _____   Permit Officer   Issue Date: _____   Code in Effect: _____
FOR OFFICE USE ONLY                           FOR OFFICE USE ONLY              FOR OFFICE USE ONLY

A jurisdiction may use a supplemental page requesting additional information and citing other conditions, please inquire.

Note: If any development work as described in FS 380.04 Sec. 2 a-g is to be performed, a development permit must be obtained prior to the issuance of a building permit.