UNITED STATES DISTRICT
COURT SOUTHERN DISTRICT OF
FLORIDA

Case No. 0:24-CV-60382

JESSICA PIAFSKY, an individual,
Plaintiff,

v.

MB HOME IMPROVEMENTS INC. a Florida corporation, MAXIM BOHADANA, an individual, ROI NEEMAN, an individual and CONSTRUCTION FORT LAUDERDALE INC.
d/b/a MB HOME IMPROVEMENTS, a Florida corporation,
Defendants

**DEFENDANTS' MB HOME IMPROVEMENTS INC., AND MAXIM BOHADANA REQUEST FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

Defendants', MB Home Improvements Inc., and Maxim Bohadana (collectively referred to as ("Defendants') by and through its undersigned counsel, and pursuant to Federal Rule of Civil Procedure 6 hereby files its Motion for a fourteen (14) Day Extension of Time for Defendants' to respond to the subject Complaint:

1. On March 20, 2024, Plaintiff filed this action and Defendants were subsequently served on April 2, 2024.

2. Unaware of the fact corporate litigants must be represented by counsel, MB Home Improvements Inc., responded to the Complaint on April 30, 2024 by filing a *Pro Se* Motion to Dismiss [Doc. 17].

3. Maxim Bohadana, likewise, filed a Pro se Motion to Dismiss (Doc. 15) that same day.

4. On May 10, 2024, this Court entered an Order striking MB Home Improvements Inc's Motion to Dismiss (Doc. 23) on account of lack of counsel and ordered MB Home Improvements Inc file a response to the Complaint no later than May 31, 2024.

5. On May 29, 2024, Defendants retained undersigned to represent the respective Defendants in this action.

6. Due to the fact undersigned was retained two days prior to this Court's deadline for MB Home Improvements Inc., undersigned requires additional time to review the case file and generate an appropriate response to Plaintiff's claims.

7. It should be noted, this Court did not strike Maxim Bohadana's Motion to Dismiss (Doc. 16) pertaining to the counts against him individually, however undersigned respectfully requests that the pending Motion to Dismiss be disregarded by this Court so that undersigned can file an appropriate response.

8. As such, undersigned respectfully requests this Court enter an Order providing Defendants a fourteen (14) day extension of time to respond to the Complaint on behalf of both MB Home Improvements Inc., and Maxim Bohadana.

9. On May 30, 2023, undersigned and counsel for Plaintiff exchanged emails and phone calls in an attempt to resolve this Motion in good faith in compliance with local rule 7.1 meet and confer requirements.

10. During communications, counsel for Plaintiff advised he was agreeable to the extension of time as to both Defendants, but objects to undersigned having the option to file a Motion to Dismiss on behalf of Maxim Bohadana, since this Defendant already filed a Motion to Dismiss which is pending this Court's ruling. Undersigned is of the opinion that a *Pro Se* Defendant's "first bite of the apple" is not really a "bite", especially since undersigned does not

intend to raise any of the arguments presented in Maxim Bohadana's pending *Pro Se* Motion to Dismiss. As such, the parties were able to agree on the relief the relief sought in this Motion, with the exception of undersigned having the option to file a non-responsive pleading on behalf of Maxim Bohadana, which we leave to this Court to decide. The parties have narrowed the issues presented and fully complied with local rule 7.1.

11. This Motion is made in good faith and not for the purposes of delay and there should be no prejudice to any party.

WHEREFORE, Defendant MB Home Improvements Inc., and Maxim Bohadana respectfully requests that this Court enter an Order **a)** striking or deeming abandoned Maxim Bohadana's pending Motion to Dismiss (Doc.15), **b)** granting Defendants MB Home Improvements Inc and Maxim Bohadana a fourteen day extension of time to respond to the Complaint, and **c)** any such further relief this Court deems proper.

Dated: May 31, 2024

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the foregoing was served on all parties of record using the CM/ECF filing system.

**The Tolley Firm, P.A.**
Attorneys for Defendant
2600 S. Douglas Rd, Ste 1008
Coral Gables, Florida 33134
Mobile: 804 840 3090
Office 305.444.6116
Justin@Tolleyfirm.com - Primary

JUSTIN M. TOLLEY
Florida Bar No. 111239