**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 0:24-cv-60382-LEIBOWITZ**

**JESSICA PIAFSKY**,

*Plaintiff*,

*v.*

**MB HOME IMPROVEMENTS, INC.,**
***et al.*,**

*Defendants.*
______________________________________/

# ORDER

Before the Court is Defendants MB Home Improvements, Inc.'s and Maxim Bohadana's Request for Extension of Time to Respond to Complaint [ECF No. 28], filed on May 31, 2024. On April 23, 2024, Maxim Bohadana moved to dismiss the Complaint *pro se* on behalf of himself and MB Home Improvements, Inc. [ECF No. 15]. On April 30, 2024, Maxim Bohadana again moved to dismiss the Complaint *pro se* on behalf of MB Home Improvements, Inc. [ECF No. 17]. On May 10, 2024, this Court struck ECF No. 15 as to MB Home Improvements, Inc., and ECF No. 17 because a corporation must be represented by counsel and cannot appear *pro se*. [ECF No. 23]; *see Palazzo v. Gulf Oil Corp.*, 764 F.2d 1381, 1385 (11th Cir. 1985). The Court ordered MB Home Improvements, Inc. to obtain counsel and re-file its response to the Complaint no later than May 31, 2024. [ECF No. 23]. Recently retained counsel for Defendants MB Home Improvements, Inc. and Maxim Bohadana ("Defendants") now moves for a two-week extension of time for Defendants to respond to the Complaint and requests that the Court strike Maxim Bohadan's previously filed *pro se* Motion to Dismiss [ECF No. 15]. Plaintiff's counsel is agreeable to the requested extension of time for Defendant MB Home Improvements, Inc. to respond to the Complaint and for Defendant Maxim

Bohadana to answer the Complaint in exchange for the Defendants agreeing to waive personal jurisdiction defenses (which Defendants' counsel has agreed to). [ECF No. 16]. Upon due consideration, it is hereby

**ORDERED AND ADJUDGED** that the Motion [**ECF No. 28**] is **GRANTED in part and DENIED in part**. Defendant MB Home Improvements, Inc. may respond to the Complaint **no later than June 14, 2024.** Defendant MB Home Improvements, Inc. may answer the Complaint **no later than June 14, 2024.** Defendant Maxim Bohadana's request to strike his previously filed *pro se* Motion to Dismiss is **DENIED.**

**DONE AND ORDERED** in the Southern District of Florida on May 31, 2024.

DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc: counsel of record