**UNAUTHORIZED USE OF A CONTRACTORS LICENSE**

**AFFIDAVIT**

REFERRAL N°. 2024002496

STATE OF FLORIDA  )
                  ) SS
COUNTY OF BROWARD )

Before me, the undersigned authority, duly authorized to administer oaths, personally appeared MAXIM BOHADANA and swore under oath the following:
**(AFFIANT)**

1. Name of affiant, victim? MAXIM BOHADANA
2. What is the name and address of your company? MB HOME IMPROVEMENTS INC 6412 N UNIVERSITY DR STE 102, TAMARAC FL 33321
3. Company telephone number (include area code)? 954-707-6550
4. What is your position within the company? PRESIDENT
5. Are you licensed by and/or registered with the State of Florida as a contractor? YES
6. What is your State license and/or registration number(s)? CBC1265305, CCC1334811
7. Are you licensed by and/or registered with N/A_____ as a contractor? N/A_____
8. What is your N/A_____ County license and/or certificate number(s)? N/A_____
9. What is the name, address, and telephone of the individual or company that is using your license number? CONSTRUCTION FORT LAUDERDALE INC, ROI NEEMAN, 4814 SW 34TH TERR, FT LAUDERDALE FL 33312 954-609-8006
10. Do you personally know the individual or company that is using your license number? (If yes, please explain) A. YES PAST PROJECT MANAGER
11. Do you now have or have you ever had a working/business relationship with this company/individual? (If yes, please explain) A. YES HE WAS MY PROJECT MANAGER, NO LONGER WORKS FOR ME.
12. Have you previously been the qualifier for this company? (If yes, please list begin/end dates) NO.
13. Have you ever orally agreed to be the qualifier for this company? NO.
14. Have you ever given this company/individual authorization to represent your company in any way? (If yes, please explain) A. YES AS MY PROJECT MANAGER ONLY.
15. Have you ever given this company/individual authorization to use your license number for any purpose whatsoever? (If yes, please explain) NO. ONLY TO BE A SALESMEN AND PROJECT MANAGER.
16. Do you or your company have any affiliation with the company/individual who is using your license? (If yes, explain) NO.

**Florida dbpr**

**UNAUTHORIZED USE OF A CONTRACTORS LICENSE**

**AFFIDAVIT**

REFERRAL NO. _____

17. Have you ever pulled any permits for this company/individual? NO.

18. How did you discover that this company/individual was making unauthorized use of your license number? DBPR COMPLAINT.

19. Please give the name, address and telephone number of the source that informed you.

---

20. Have you ever agreed to be or been the qualifier for another company/individual, given another company/individual authorization to use your license number, or been affiliated with another company/individual, other than present company and/or the company/individual you re complaining about? (If yes, please explain)
YES I QUALIFY MY 2 OTHER COMPANIES. USA ROOFING AND CONSTRUCTION INC AND FLORIDA WIND PROTECTION INC.

21. Is there any other information that you consider important or relevant to this complaint? (If yes, briefly explain)
A CUSTOMER ON THIS COMPLAINT PAID DIRECTLY TO CONSTRUCTION FORT LAUDERALE INC SEE COMPLAINT REPLY.

Maxim Bohadana
Affiant's Name

9610 NW 24th St
Affiant's Home Address

Sunrise FL
Affiant's Home City

954 864 8623
Affiant's Telephone Number(s)

(Affiant's Signature)
*Sign in the presence of a Notary*

STATE OF Florida
COUNTY OF Broward

Sworn and subscribed before me this 23 day of Feb 2024,

By: Maxim Bohadana .

Personally known: ☑

Produced Id: _____

Type: _____

Menachem Y Bensusan
Typed or printed name of Notary

Notary Public, State of Florida

8/25/24
My Commission expires:



Notary Public State of Florida
Menachem Y Bensusan
My Commission
HH 36436
Exp. 8/25/2024

2 of 2