**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 0:24-cv-60382-LEIBOWITZ/AUGUSTIN-BIRCH**

**JESSICA PIAFSKY**,

*Plaintiff*,

*v.*

**MB HOME IMPROVEMENTS, INC., *et al.***,

*Defendants.*

_______________________________________/

**ORDER**

**THIS CAUSE** is before the Court on Defendant Maxim Bohadana's Motion to Dismiss [ECF No. 15], filed on April 23, 2024. Defendant Maxim Bohadana subsequently filed an Answer and Affirmative Defenses [ECF No. 31] on June 14, 2024.

"A defendant is not required to file an answer until [the] court disposes of the motion to dismiss." *Smith v. Bank of America, N.A.*, 2014 WL 897032, at *9 (M.D. Fla. Mar. 6, 2014) (citing *Lockwood v. Beasley*, 211 F. App'x 873 (11th Cir. 2006)). Where, as here, an answer was filed prior to the resolution of the motion to dismiss, the motion becomes moot. *See id.* ("An Answer filed contemporaneously with the filing of a Motion to Dismiss renders the motion moot and makes it procedurally impossible for the Court to rule on the motion to dismiss." (quotation marks omitted) (citation omitted)); *Zucco Partners, LLC v. Findwhat.com*, 2005 WL 5921170, at *1 (M.D. Fla. July 27, 2005) (denying as moot defendants' motions to dismiss in light of answers filed by defendants). Accordingly, it is hereby

**ORDERED AND ADJUDGED** the Motion [**ECF No. 15**] is **DENIED AS MOOT**.

**DONE AND ORDERED** in the Southern District of Florida on June 25, 2024.

DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc: counsel of record