UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 0:24-CV-60382

JESSICA PIAFSKY, an individual,

         Plaintiff,

v.

MB HOME IMPROVEMENTS INC. a Florida corporation, MAXIM BOHADANA, an individual, ROI NEEMAN, an individual and CONSTRUCTION FORT LAUDERDALE INC. d/b/a MB HOME IMPROVEMENTS, a Florida corporation,

         Defendants

## JOINT SCHEDULING REPORT

Pursuant to the Court's Order Requiring Joint Scheduling Report and Fed.R.Civ.P 26(f), the Parties have conferred and submit the following Joint Scheduling Report:

1. **Designation of the Case Management Track**

   - The Parties agree the instant matter should follow a standard Case Management Track.

2. **Designation of Jury/Non-Jury**

   - The Parties agree the instant matter should be decided as a jury trial

3. **Short, Plain Statement of the Case**

   **Plaintiff's Statement:** Plaintiff, Jessica Piafsky, alleges breach of contract, negligence, unjust enrichment, fraud, and violations of the Florida Deceptive and Unfair Trade Practices Act against the Defendants, seeking damages and other relief in excess of $200,000.00. Plaintiff claims that Defendants Maxim Bohadana and MB Home Improvements, Inc. allowed Roi Neeman and Construction Fort Lauderdale, Inc. to operate under Maxim

Bohadana and MB Home Improvements, Inc.'s contractor license without any supervision as to the actual work done. Consequently, the defendants failed to perform agreed-upon home improvement services to Plaintiff Piafsky's residential property despite being paid for said work, the work that was done was defective and performed without the supervision of a licensed contractor and that MB Home Improvements Inc. and Maxim Bohadana were complicit in the fraud of Co-Defendants Neeman and CFL, leading to significant financial and personal damages.

**Defendants' Statement:** Defendants deny all allegations of wrongdoing, asserting that MB Home Improvements Inc. and Maxim Bohadana had no involvement with the alleged project or payments made by Plaintiff. Defendants maintain that while Neeman and CFL may have defrauded Plaintiff, Defendants MB Home Improvements Inc. and Maxim Bohadana were not complicit in the fraud receiving no compensation from Plaintiff or Co-Defendants. Defendants MB Home Improvements Inc. and Maxim Bohadana allege that they too are victims of Co-Defendants fraud and not the perpetrators of the fraudulent scheme Plaintiff fell victim to.

## 2. Summary of Uncontested Facts

- MB Home Improvements Inc. is a duly registered Florida corporation.
- Maxim Bohadana is the president and qualifying agent of MB Home Improvements Inc.
- Plaintiff entered into a contract for home improvement services with an entity using the name "MB Home Improvements."

## 3. Legal Elements of Each Claim

- **Breach of Contract:** Plaintiff must prove the existence of a contract, performance by Plaintiff, breach by Defendants, and damages.

- **Negligence:** Plaintiff must establish duty, breach, causation, and damages.

- **Unjust Enrichment:** Plaintiff must show a benefit conferred on Defendants, Defendants' appreciation of the benefit, and inequity in retaining the benefit without payment.

- **Fraud:** Plaintiff must demonstrate a false representation, knowledge of its falsity, intent to induce reliance, and resulting damage.

- **Florida Deceptive and Unfair Trade Practices Act:** Plaintiff must prove unfair or deceptive acts, causation, and damages.

## 4. Discovery Plan

**Phases or Limited Issues:** The parties agree that phased discovery is not necessary.

**Detailed Schedule:**

- <u>**Initial Disclosures - Fed.R.Civ.P. 26(a)(1):**</u> Completed within 14 days of Joint Proposed Scheduling Order.

- <u>**Fact Discovery**</u>**:** To be completed within <u>210 days.</u>

- <u>**Expert Discovery**</u>**:** To commence after fact discovery and to be completed within <u>60 days</u> thereafter.

- <u>**Dispositive Motions:**</u> All dispositive motions and memoranda of law to be filed within <u>90 days</u> of trial period.

- <u>**Mediation**</u>: To be completed within 90 days after the close of fact discovery.

## 5. Proposed Dates and Deadlines

- **Joinder of Parties/Amendment of Pleadings:** November 9, 2024
- **Fact Discovery Cutoff:** March 9, 2025
- **Plaintiff's Expert Witness Disclosure:** November 30, 2024
- **Defendants' Expert Witness Disclosure:** November 30, 2024
- **Expert Discovery Cutoff:**   May 30, 2025
- **Dispositive Motions:** June 30, 2025
- **Mediation:** July 31, 2025
- **Pretrial Stipulation:** July 31, 2025
- **Pretrial Conference:** August 14, 2025
- **Trial:** September 30, 2025

## 6. Estimated Length of Trial

- The parties estimate the trial will take 3-5 days.
- The trial will be a jury trial.

## 7. Pending Motions

- There are currently no pending motions ripe for review.

## 8. Unique Legal or Factual Aspects

- The case involves multiple defendants with alleged overlapping but distinct roles and responsibilities, requiring careful delineation of actions and liabilities.  Defendant Roi Neeman has filed for Chapter 7 Bankruptcy in the Southern District of Florida, and Defendant Construction Fort Lauderdale, Inc., a corporation owned and operated by Defendant Roi Neeman has defaulted by not answering the complaint.

## 9. Magistrate Judge Jurisdiction

- The parties do not consent to jurisdiction by a United States Magistrate Judge for final disposition of motions or trial.

## 10. Settlement Status

- The parties have engaged in very brief preliminary settlement discussions but have not reached an agreement. Mediation is planned as outlined in the discovery schedule.

## 11. Other Matters

- The parties do not anticipate any additional matters that would aid in the management or disposition of this case.

## 12. Certification of Disclosures

- The parties certify that disclosures required under Fed. R. Civ. P. 26(a)(1)-(2) have been made.

## CERTIFICATE OF SERVICE

**WE HEREBY CERTIFY** that on this the 29th day of July, 2024 the foregoing was electronically filed with the Clerk of the Court using the CM/ECF filing system.

**BERENTHAL & ASSOCIATES, P.A.**
By: /s/ David W. Berenthal
David W. Berenthal
Florida Bar No. 159220
E-mail: dwb@berenthalaw.com
255 Alhambra Circle Suite 1150
Coral Gables, FL 33134
Telephone: (212) 302-9494

/s/ David W. Berenthal
David W. Berenthal
Florida Bar No. 159220

**The Tolley Firm, P.A.**
Attorneys for Plaintiff
2600 S. Douglas Rd, Ste 1008
Coral Gables, Florida 33134
Mobile: 804 840 3090
Office 305.444.6116
Justin@Tolleyfirm.com - Primary
Jtolley189@gmail.com – Secondary

/s/ Justin M. Tolley
JUSTIN M. TOLLEY
Florida Bar No. 111239