UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:24-cv-60382-LEIBOWITZ/AUGUSTIN-BIRCH

**JESSICA PIAFSKY**,

    *Plaintiff,*

v.

**MB HOME IMPROVEMENTS INC.**, *et al.*,

    *Defendants.*

_____/

**ORDER SCHEDULING MEDIATION**

The mediation conference in this matter shall be held as follows:

| | |
|---|---|
| **Mediator:** | Barry L. Davis |
| **Date:** | November 6, 2024 |
| **Time:** | 10:00 a.m. ET |
| **Location:** | Via Zoom |

**DONE AND ORDERED** in the Southern District of Florida on August 20, 2024



DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc:    counsel of record