**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 0:24-cv-60382-LEIBOWITZ/AUGUSTIN-BIRCH**

**JESSICA PIAFSKY**,

    *Plaintiff,*

v.

**MB HOME IMPROVEMENTS, INC.,** *et al.*,

    *Defendant.*

_____/

**ORDER**

    **THIS CAUSE** is before the Court on Plaintiff's Agreed Motion to Extend the Time to Mediate the Action, Vacate the Court's August 21, 2024 Order, and Appoint a Mediator or in the Alternative Excuse the Parties from Mediation (the "Motion") [ECF No. 43], filed on November 6, 2024. Plaintiff requests that the Court either appoint or allow the Clerk of Court to appoint a new neutral mediator whose rate is governed by the standing order of the Court. [ECF No. 43 ¶ 10]. Defendant agrees with the relief sought in the Motion. Upon due consideration, it is hereby

    **ORDERED AND ADJUDGED** that the Motion [**ECF No. 43**] is **GRANTED IN PART and DENIED PART**. The parties' deadline to complete mediation remains July 31, 2025. The Court's August 21, 2024 Order Scheduling Mediation [ECF No. 42] is **VACATED**. **The Clerk of Court** is **DIRECTED** to randomly assign a mediator to this case pursuant to S.D. Fla. L.R. 16.2(b)(7), S.D. Fla. L.R. 16.2(d)(1)(B), and Administrative Order 2018-34 (May 21, 2018). Once the parties schedule mediation, the parties shall advise the Court of their time, date, and place for mediation and jointly file a proposed order scheduling mediation in the form specified on the Court's website, http://www.flsd.uscourts.gov **no later than December 12, 2024**.

**DONE AND ORDERED** in the Southern District of Florida on November 7, 2024.



DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc: counsel of record