UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:24-cv-60382-LEIBOWITZ/AUGUSTIN-BIRCH

JESSICA PIAFSKY,

    *Plaintiff,*

v.

MB HOME IMPROVEMENTS, INC., *et al.*,

    *Defendant.*

_____/

## ORDER

**THIS CAUSE** is before the Court on Plaintiff's Unopposed Motion to Extend the Deadline to File Motions to Amend Pleadings (the "Motion") [ECF No. 46], filed on November 12, 2024. Upon due consideration, it is hereby **ORDERED AND ADJUDGED** that the Motion [**ECF No. 46**] is **GRANTED**. The parties shall file any motions to amend the pleadings or to join parties **no later than December 12, 2024**.

**DONE AND ORDERED** in the Southern District of Florida on November 13, 2024.



DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc:    counsel of record