UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:24-cv-60382-LEIBOWITZ/AUGUSTIN-BIRCH

JESSICA PIAFSKY,

    *Plaintiff*,

v.

MB HOME IMPROVEMENTS, INC., *et al.*,

    *Defendants*.

_____/

## ORDER

Before the Court is Plaintiff's Motion to Extend the Time to File a Motion for Default Final Judgment Against Construction Fort Lauderdale, Inc. [ECF No. 49], filed on December 10, 2024. Upon due consideration, it is **ORDERED AND ADJUDGED** the Motion [**ECF No. 49**] is **GRANTED**. Plaintiff shall file her motion for default final judgment against Defendant Construction Fort Lauderdale, Inc. **no later than January 13, 2025**.

**DONE AND ORDERED** in the Southern District of Florida on December 10, 2024.



DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc:    counsel of record