UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO:  24-cv-60382 LEIBOWITZ/AUGUSTIN-BIRCH

Piafsky,

    Plaintiff(s),

vs.

MB Home Improvement,

    Defendant(s).

_____/

## NOTICE OF MEDIATION CONFERENCE

**PLEASE TAKE NOTICE** that the mediation conference will be held on **March 13, 2025 starting at 1:00 p.m. via Zoom, before** Mediator Lori Adelson, Esq.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this December 14, 2024, I electronically filed the foregoing with the Clerk of Court using CM/EFC, which will automatically transmit an electronic copy to counsel of record.

Respectfully Submitted:

/s/ *Lori Adelson*
By: LORI ADELSON
**APPROVED DISPUTE RESOLUTION**
Florida Bar No.: 0196428
ME No.: 31951 R
Office: 954-302-8960
Email: Lori@approvedADR.com
Secondary Email: CaseManager@ApprovedADR.com
401 East Las Olas Blvd, Suite 1400
Fort Lauderdale, Florida 33301