UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:24-cv-60382-LEIBOWITZ/AUGUSTIN-BIRCH

**JESSICA PIAFSKY**,

    *Plaintiff*,

v.

**MB HOME IMPROVEMENTS, INC.**, *et al.*,

    *Defendants*.

_____/

## ORDER SCHEDULING MEDIATION

The mediation conference in this matter shall be held as follows:

**Mediator:**    Lori Adelson, Esq.

**Date:**    March 13, 2025

**Time:**    1:00 p.m.

**Location:**    Via Zoom

**DONE AND ORDERED** in the Southern District of Florida on December 12, 2024.



DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc:    counsel of record