UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:24-cv-60382-LEIBOWITZ/AUGUSTIN-BIRCH

JESSICA PIAFSKY,

    *Plaintiff*,

v.

MB HOME IMPROVEMENTS, INC., *et al.*,

    *Defendants.*

_____/

## ORDER

**THIS CAUSE** is before the Court on Plaintiff's Motion for Leave to Amend the Complaint and to Extend the Time to File Motions to Amend Pleadings and/or Join Parties (the "Motion") [ECF No. 52], filed on December 12, 2024.  Plaintiff seeks leave to file an amended complaint to amend minor errors in its Complaint, to attach the correct Exhibit A to the Complaint, and to correct the description for Exhibit B.  [ECF No. 52 at 5].

Rule 15 of the Federal Rules of Civil Procedure allows amendment of a pleading "only with the opposing party's written consent or the court's leave."  Fed. R. Civ. P. 15(a)(2).  Here, no Defendant has filed any opposition to this Motion, and the deadline to do so has passed.

Upon due consideration, it is hereby **ORDERED AND ADJUDGED** that the Motion [**ECF No. 52**] is **GRANTED**.  Plaintiff may file an Amended Complaint **no later than January 13, 2025.**  The parties shall file any motion to amend the pleadings or join parties **no later than February 10, 2025**.

**DONE AND ORDERED** in the Southern District of Florida on December 29, 2024.



DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc: counsel of record