UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:24-cv-60382-LEIBOWITZ/AUGUSTIN-BIRCH

**JESSICA PIAFSKY**,

    *Plaintiff*,

v.

**MB HOME IMPROVEMENTS, INC.**, *et al.*,

    *Defendants.*

_____/

## ORDER

    Before the Court is Plaintiff's Second Motion to Extend the Time to File a Motion for Default Final Judgment Against Construction Fort Lauderdale, Inc. [ECF No. 55], filed on January 10, 2025. Upon due consideration, it is **ORDERED AND ADJUDGED** the Motion [**ECF No. 55**] is **GRANTED**. Plaintiff shall file her motion for default final judgment against Defendant Construction Fort Lauderdale, Inc. **no later than January 22, 2025**. Plaintiff's failure to file for a motion for default final judgment against Construction Fort Lauderdale, Inc. within the specified time will result in a dismissal without prejudice as to Defendant Construction Fort Lauderdale, Inc.

    **DONE AND ORDERED** in the Southern District of Florida on January 12, 2025.



DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc:    counsel of record