FILED BY _aw_ D.C.

JAN 2 1 2025

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. LAUD.

Hello Judge Leibowitz,

My name is Roi Neeman from Case No. 0:24-cv-60382-LEIBOWITZ/AUGSTIN-BIRCH.

There has been a big mistake in being at default for failure to respond to the complaint. I was at the courthouse on January 13, 2025, to confirm when I needed to respond. The clerk told me that I had until January 15, 2025. I submitted the documents for Case No. 24-14482-BKC-PDR on January 14, 2025.

On May 7, 2024, I filed for bankruptcy, and this case was part of my bankruptcy. I am pro se and had no knowledge that these two cases were separated. I had been misinformed and misguided, which was my mistake.

I truly apologize for this misunderstanding, and I hope you will be able to accept my response for this case.

I appreciate your time and consideration.

ROI NEEMAN