Maxim Bohadana reply to complaint 2/19/2024

Att: Debra Talbot

Re Case Number : 2024002496

In response to the complaint we had at the time an employee named Roi Neeman that was a project manager that signed up this customer for remodeling, after the permits were signed Roi told me that we can not start this project since the customer was not ready. 1 month ago I found out that roi had started the project with out my consent and behind my back. I also found out that he has been using my company name and license numbers unauthorized. He has a company called Construction Fort Lauderdale INC, SEE EXHIBIT "A".

Roi also opened a DBA name to portray him self as my company.

SEE EXHIBIT "B" showing communication between Roi's Wife Kareen Aharon aka Neeman.

An invoice was generated from Construction Fort Lauderdale SEE EXHIBIT "C"

It has a different company name address and email. Roi had access before to my license numbers and contract templates and he simply copied it to his system.

Maybe the customer and Roi had an agreement on the side to cut (me) MB Home Improvements Inc out of the deal and do a side job.

My understanding is that this customer is an active lawyer and he went over this contract. I don't know what happened but as a lawyer I would assume he will do his do diligence before paying a contractor.

Or he knew he is not paying my company to get a better deal.

SEE EXHIBIT "D" 5 ZELLE PAYMENTS DIRECTLY TO ROY AKA ROI and not my company.

SEE EXHIBIT "E" a receipt payment from Construction Fort Lauderdale for a $5000 payment.

SEE EXHIBIT "F" a check payment to "MB Home Repairs" I don't know who that company is.

SEE EXHIBIT "G" another zelle payment to Roy aka Roi.

SEE EXHIBIT "H" 2 ZELLE PAYMENTS TO "ROY HOME IMPROVEMENT" for ac vents.

SEE EXHIBIT "I" 2 BANK WIRE TRANSFERS AND A BENEFICIARY AS "CONSTRUCTION FORT LAUDERDALE".

No money was paid to my actual company I have been scammed and defrauded by the people I knew.

The real unlicensed contractor and scammer is Roi and Kareen Neeman of Construction Fort Lauderdale Inc.

The customer should have his bank pull the destination deposits he made by zelle to prove it was not paid to my company but to Roi's.

Please let me know what else I can answer, you can reach my be email at max@mbhi.pro or by cell at 954-864-8623

Maxim Bohadana
MB Home Improvements Inc.



Department of State / Division of Corporations / Search Records / Search by Entity Name /

## Detail by Entity Name

Florida Profit Corporation
CONSTRUCTION FORT LAUDERDALE INC

### Filing Information

| | |
|---|---|
| **Document Number** | P20000037947 |
| **FEI/EIN Number** | 85-1207768 |
| **Date Filed** | 05/19/2020 |
| **State** | FL |
| **Status** | ACTIVE |

### Principal Address

4814 SW 34TH TERRACE
FT LAUDERDALE, FL 33312

### Mailing Address

4814 SW 34TH TERRACE
FT LAUDERDALE, FL 33312

### Registered Agent Name & Address

NEEMAN, ROI
4814 SW 34TH TERRACE
FT LAUDERDALE, FL 33312

### Officer/Director Detail

### Name & Address

Title PRES

NEEMAN, ROI
4814 SW 34TH TERRACE
FT LAUDERDALE, FL 33312

### Annual Reports

| Report Year | Filed Date |
|---|---|
| 2021 | 04/07/2021 |
| 2022 | 04/04/2022 |
| 2023 | 03/06/2023 |

### Document Images

03/06/2023 -- ANNUAL REPORT        View image in PDF format

| 04/04/2022 -- ANNUAL REPORT | View image in PDF format |
| 04/07/2021 -- ANNUAL REPORT | View image in PDF format |
| 05/19/2020 -- Domestic Profit | View image in PDF format |

 **Gmail**

Shaya Markovic <shaya21@gmail.com>

---

## 2341 NW 29 Street

3 messages

---

**Shaya Markovic** <shaya21@gmail.com>
Wed, Nov 29, 2023 at 9:21 PM
To: Nofar Levy <nlevy0330@gmail.com>, Kareen Aharon <kareenaharon29@gmail.com>
Cc: Shaya Markovic <shaya@markoviclaw.com>
Bcc: Shaya Markovic <shaya@markoviclaw.com>

Good Evening, per our conversation yesterday and today, you stated you will not continue working at my house unless I pay an additional $25,000. You also said you would send me an invoice with the new amounts and documentation showing where all my funds were spent. According to your reason, you need additional money because of increased material and labor costs. However, I have yet to receive any documentation from you. I expect you to continue working per our contract unless otherwise agreed upon. If anything herein is incorrect please let me know.

--
Shaya Markovic

*This e-mail, and any attachments thereto, is intended only for use by the addressee(s) named herein, and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution, or copying of this e-mail, and any attachments thereto, is strictly prohibited. If you have received this e-mail in error, please immediately notify me by replying to this e-mail and permanently delete the original, and any copy of any e-mail and any printout thereof.*

---

**Kareen Aharon** <kareenaharon29@gmail.com>
Wed, Nov 29, 2023 at 9:45 PM
To: shaya21@gmail.com
Cc: nlevy0330@gmail.com, shaya@markoviclaw.com

Hey Shaya,
As per our conversations I stated that materials and labor costs have increased and in order to complete the project I am requesting an additional $25,000 to pay the subs and materials. I have yet to send you an updated invoice for you to see those upcharges, I apologize for that. I haven't had a chance to do so (got home about an hour ago from work.)
I will work on something for you and send it over as soon as I can.
We had agreed upon $1500 weekly from my understanding and I have not received payment in 2 weeks. So as of now the work as stopped because I have not received payment that we had previously agreed upon.
Regardless of additional funds for your project that are needed, workers don't want to work 2 weeks without getting paid. Please let me know when you will be making those payments so I can get the crew back out there.
Hope we can get to some type of agreement on the additional funds. Would love nothing more then to finish this project out.
Thanks for your understanding.
MB Home Improvements

[Quoted text hidden]

---

**Shaya Markovic** <shaya21@gmail.com>
Wed, Nov 29, 2023 at 10:03 PM
To: Kareen Aharon <kareenaharon29@gmail.com>
Cc: nlevy0330@gmail.com, shaya@markoviclaw.com
Bcc: Shaya Markovic <shaya@markoviclaw.com>

The $1500 weekly wasn't a contract. I was trying to be nice and help motivate you to do the work because no work was being done and you kept asking for money. However, the work wasn't being done as you said. Last time I sent you $3000 and you told me you would have the trash removed, the electrician would finish up all the outlets and switches, etc., and a "team" would be there to work on the floor. None of that was done. numerous times you said all the walls would be completed and they still aren't. The kitchen guy was also supposed to start and he hasn't. I specifically gave you money to close out the permits and you told me you haven't done that either, rather you are taking pictures to present to the city at the end. I would like you to complete this project as well since we have a contract. However, I can't and won't pay an additional $25,000
[Quoted text hidden]

ℓx'cl

# INVOICE

Construction Fort Lauderdale DBA MB Home
Improvements
4814 SW 34th Terrace
Fort Lauderdale, FL 33312, USA
(954) 609-8006
Constructionfortlauderdale@gmail.com

| | |
|---|---|
| Invoice # | 35 |
| Date | Thu Nov 10 2022 |
| Balance | **58952.95** |
| Due On | Thu Nov 10 2022 |

**Bill To:**
Shaya Markovic
2341 NW 29th ST
Oakland park, Florida 33311



**Service Location:**
Shaya Markovic
2341 NW 29th ST
Oakland park, Florida 33311



| Description | QTY | Price | Amount |
|---|---|---|---|
| **Demolition**<br>Demolition throughout the house. Including, but not limited to kitchen, flooring, bathrooms and ceiling. | 1 | 3550 | 3550.00 |
| **Electric Work**<br>Demolition on current wiring throughout the house including removal of cloth wiring. Run new wiring throughout the house. Replace light switches/outlets. Installation of new recess lights throughout the house (30pcs). New breaker switch to be installed | 1 | 17500 | 17500.00 |
| **Kitchen**<br>New kitchen installed. Kitchen includes cabinets, sink, faucet, countertop and door handles. Price includes all materials in standard condition. Sink: up to $200 Faucet: up to $150 Countertop: up to $900 a slab (kitchen will need between 1 and 2 slabs) Door handles: up to $150 for all cabinets Anything more will be an additional charge. | 1 | 16250 | 16250.00 |
| **Bathroom Remodel**<br>Bathroom remodel. 3 Bathrooms Price includes materials as follows for each bathroom: Shower door $600 Shower head $100 Toilet $200 Vanity $450 Tub $400 Anything more will be an additional charge | 1 | 7500 | 7500.00 |
| **Flooring**<br>Tile installation including flooring throughout the house, bathroom floors and shower walls, and backsplash in the kitchen. | 1 | 17225 | 17225.00 |

| Description | QTY | Price | Amount |
|---|---|---|---|
| **Permit**<br>Permit fee is a separate charge that can be paid directly to the city. Fees are determined by type of work and every city has different fees. | 1 | 0 | 0.00 |
| **engineering**<br>Engineering fee Separate fee | 1 | 0 | 0.00 |
| **Payment terms**<br>10% DEPOSIT, 40% WHEN BEGIN WORK, 25% AFTER FIRST INSPECTIONS BALANCE UPON COMPLETION OF JOB. CASH, CHECK, ZELLE (9546098006), CREDIT CARD ADD 4%, SUNBIT ADD 6% | 1 | 0 | 0.00 |
| **Covid 19**<br>All estimates are based on manufacturer time frame. In case of any delays you are aware and agree to any delays that may be caused by the manufacturer. | 1 | 0 | 0.00 |
| **General Warranty**<br>All warranty, service calls and claims related to the project will be thru Construction Fort Lauderdale DBA MB Home Improvements. | 1 | 0 | 0.00 |
| **Additional Info**<br>Price for burnt room. 50% off $9850 $4925 Already paid 1447.05 | 1 | 3477.95 | 3477.95 |

| | | |
|---|---|---|
| Sub total | 65502.95 |
| Tax | 0.00 |
| Tax | 0.00% |
| Total | 65502.95 |
| Balance | 58952.95 |

ACCORDING TO FLORIDA'S CONSTRUCTION LIEN LAW (SECTIONS 713.001-713.37, FLORIDA STATUTES), THOSE WHO WORK ON YOUR PROPERTY OR PROVIDE MATERIALS AND SERVICES AND ARE NOT PAID IN FULL HAVE A RIGHT TO ENFORCE THEIR CLAIM FOR PAYMENT AGAINST YOUR PROPERTY. THIS CLAIM IS KNOWN AS A CONSTRUCTION LIEN. IF YOUR CONTRACTOR OR A SUBCONTRACTOR FAILS TO PAY SUBCONTRACTORS, SUB-SUBCONTRACTORS, OR MATERIAL SUPPLIERS, THOSE PEOPLE WHO ARE OWED MONEY MAY LOOK TO YOUR PROPERTY FOR PAYMENT, EVEN IF YOU HAVE ALREADY PAID YOUR CONTRACTOR IN FULL. IF YOU FAIL TO PAY YOUR CONTRACTOR, YOUR CONTRACTOR MAY ALSO HAVE A LIEN ON YOUR PROPERTY. THIS MEANS IF A LIEN IS FILED YOUR PROPERTY COULD BE SOLD AGAINST YOUR WILL TO PAY FOR LABOR, MATERIALS, OR OTHER SERVICES THAT YOUR CONTRACTOR OR A SUBCONTRACTOR MAY HAVE FAILED TO PAY. TO PROTECT YOURSELF, YOU SHOULD STIPULATE IN THIS

CONTRACT THAT BEFORE ANY PAYMENT IS MADE, YOUR CONTRACTOR IS REQUIRED TO
PROVIDE YOU WITH A WRITTEN RELEASE OF LIEN FROM ANY PERSON OR COMPANY
THAT HAS PROVIDED TO YOU A "NOTICE TO OWNER." FLORIDA'S CONSTRUCTION LIEN
LAW IS COMPLEX, AND IT IS RECOMMENDED THAT YOU CONSULT AN ATTORNEY.

Our legal name:
MB HOME IMPROVEMENTS INC
&
Construction Fort Lauderdale Inc & USA Windows And Doors Inc DBA (Doing Business As)
MB Home Improvements, in all advertising and the terms below we will be referred to as
MB Home Improvements.
Terms & Conditions:

Payment Terms:
Cash, zelle, check, venmo, cashapp, cryptocurrency. credit cards will incur a 4% fee.
Unless stated in the item description the payment terms are One Half (50%) Total due
upon signing of this contract, which includes custom order material costs. upon payment
of a deposit before an actual signed contract will constitute a verbal agreement to the
terms of this contract, twenty five percent (30%) on day materials arrive at the job site
unless the job will be done the same day, Final payment on day job category or item is
completed (when more than one project is finished before the other) regardless of final
permit inspection is scheduled or if any is required.

Upon the signing or deposit of this construction contract proposal by client, work will
commence on an agreed upon date and be completed within agreed upon date

CLIENT HAS THREE (3) DAYS FROM THE DATE OF DEPOSIT TO CANCEL THE AGREEMENT
UNLESS WORK HAS STARTED OR SUPPLIES DROPPED OFF OTHERWISE THE DEPOSIT IS
NOT REFUNDABLE. IF YOU CANCEL AFTER THE THREE (3) DAYS AT ANY POINT FOR ANY
REASON YOU FORFIT THE DEPOSIT OR ANY ADDITIONAL PAYMENTS MADE.

MB Home Improvements may cancel the order placed or job prior to the start date with a
full refund of the deposit. If the job started and we decided to stop the job and not
continue, excess payments made beyond the value of materials or work up to that
cancelation point will be refunded.

MB Home Improvements assumes sole ownership over excess materials used on the job
site during the project and assumes responsibility for leaving the property clean and free
of construction materials and debris upon completion of the project.

MB Home Improvements will make every effort to ensure new materials match up with
existing materials and knockdown finishes whether on drywall or stucco, but Client
understands that this is not always possible, and we take no responsibility.

MB Home Improvements is not responsible to put back any alarm system it took off in
order to install a product for security and safety reasons, Client is responsible to contact
their alarm company and have them reinstall it at Clients own expense.

MB Home Improvements will not work on days it is forecasted to rain on exterior jobs, if
Client insists and we need to finish before 3pm due to rain a fee of $200 per job site
worker will be added to the final bill.

It is the sole responsibility of Client to secure personal property and/or pets during work

hours. MB Home Improvements is not responsible for damage to personal property that was left in the work area or the well-being of pets.

MB Home Improvements will have full use of electrical power and lighting to perform work, and access to the service panel.

The trash receptacle used during the project is solely for the purpose of collecting construction-related refuse and is not to be used by Client.

Client agrees to pay all costs arising from unforeseen issues such as unsafe or illegal conditions, rot or mold, inspector requirements, overlooked conditions, identifying and removing hazardous materials (lead paint, solvents, asbestos, etc.) before or after the project has begun. If such circumstances arise,

MB Home Improvements will determine with Client the scope of extra work, costs involved with remedying the unforeseeable conditions, and a date for payment through a written Change Order, verbal agreement or via text or email communications.

If any dispute concerning this contract shall arise, the dispute may be submitted to a private arbitration service

General Warranty:

1-year parts and labor plus the manufacturer warranty.
Unless indicated otherwise in the line items description.

Warranty starts on the day job is completed and any service call requests will be addressed after the full balance is paid.

Not covered under this contract and warranty:

Normal wear and tear, warping of material, natural grain and texture in variations of wood.
Defects in materials, equipment or appliances covered by the manufacturer.
Cracks formed after concrete/asphalt has set.
Damage due to sunlight or water.
Rust,mold,termites or wood rot.
Any defects arising from work done after completion of the project.
Loss or injury due to natural disaster or general weather elements.
All Underground digging, damage to sprinkler systems, main water lines,AC lines,drain lines or cable lines.
Materials purchased by customer directly.
Lack of maintenance by the customer.

PERMITS:

All required construction-related permits, if necessary, will be obtained by MB Home Improvements or its Subcontractors prior to the project start date. Cost of city fees, wind loads, engineer drawings and other expenses related to the issuance of a permit to be paid by client and will be added to the final balance unless it is included in the item description.

Our permit processing fee is to get everything ready, file, drop off and pick up and pay advance fees on your behalf and is not considered part of the permit fees.

If Client requests to obtain their own permits or refuses to obtain a permit for a necessary job, they assume all legal responsibility for the completed work, fines or code violations.

Time frame for permits: up to 30 days to prep and file from the date the permit application is signed by Client, each city has their own timeline to review and approve the permit the estimated window is 30 days if all docs were submitted correctly and no additional documents are required.

HOA's or Condo Associations: Client is responsible to provide us with the contact information, MB Home Improvements will not order materials or start the job or permit process prior to obtaining the approval letter if needed, unless you request us to start prior to the approval in writing.
Client is responsible to read the bylaws and rules of allowed upgrades, colors and styles and MB Home Improvements will not be liable for orders made by the client without verifying the HOA or Condo Associations Rules.Time frame for permits do not start until we have an hoa approval.

.

## Fencing:

When it comes to fence installation customer is responsible to remove any trees,large roots or stumps that are in the direct path of the new fence. At an agreed additional price MB Home Improvements may be able to remove and dispose the trees and stump if needed. Client is responsible to mark sprinkler lines.

Fence quotes are based on linear feet, the price will be based on actual installed materials LF, if there is a mistake in the quote/estimate measurement the price will be adjusted accordingly and based on the same price given on the quote/estimate.

we do not remove dirt and rocks that is dug up, we spread it evenly against the new fence, if you would like it removed an additional fee will apply. if the ground has limestone,coral or to hard to dig by hand tools an additional fee of $500 will be added if we need to order a bobcat digging service,this will only apply if there is access to your property.

## Windows:

_
all windows are custom ordered and not refundable, stucco repairs to any opening will incur an additional $50 per opening that will include the repair and labor to paint, the paint will be provided by client. Any window sill marble broken will be charged the actual cost to replace it and will be added to the final balance. caulking around the window should be inspected by the client once a year to avoid water intrusion. we do not Guarantee that the stucco repair will match the existing style you have.we do not Guarantee that the drywall finish will match your existing finish if repairs are needed on the inside, we always do our best to match but every finish is a form of art that can only be matched by the original applicator.
Blinds: we are not responsible if the blinds gets damaged while removing them or reinstalling them.

## Exterior Doors, Sliding Doors:

all doors are custom ordered and not refundable, stucco repairs to any opening will incur an additional $50 per opening that will include the repair and labor to paint the stucco, the paint will be provided by client. Any tile or threshold broken or missing will be charged the actual parts and labor cost to replace or install it and will be added to the

Page 5 of 7

final balance. Unless indicated in the line times, doors do not come with hardware. Any drywall missing or repairs needed due to the upgrade(larger door frame due to impact requirements) will be charged at $150 per opening. caulking around the doors should be inspected by the client once a year to avoid water intrusion. we do not Guarantee that the stucco repair will match the existing style you have.we do not Guarantee that the drywall finish will match your existing finish if repairs are needed on the inside, we always do our best to match but every finish is a form of art that can only be matched by the original applicator.

Blinds: we are not responsible if the blinds gets damaged while removing them or reinstalling them.

### Roofing:

3 sheets of plywood and 25 lf of facia are included in the price of a full reroof replacement. Each additional sheet of plywood will be at cost price plus $150 labor. Each additional lf of facia will be charged at cost price plus $20 per lf labor. Any lumber need for reinforcement during the replacement will be charged at cost price plus $20 per lf labor.Every 2 years the roof needs to be cleaned with a soft wash or soft pressure wash with biodegradable chemicals to maintain the warranty coverage. For Warranty claims proof of roof maintenance every two years that was done by a professional contractor.

### Shutters:

Shutter quotes are based on Square feet, the price will be based on actual installed materials SF, if there is a mistake in the quote/estimate measurement the price will be adjusted accordingly and based on the same price given on the quote/estimate. Accordion shutters should be lubricated and tested on a yearly basis best month is may.

### Storage:
If the materials for the job site are ready to install and customer is not ready a grace period of 15 days will be given, After 15 days a delay fee of $100 per week will apply and be added to the final bill.

FLORIDA HOMEOWNERS' CONSTRUCTION RECOVERY FUND

PAYMENT, UP TO A LIMITED AMOUNT, MAY BE AVAILABLE FROM THE FLORIDA HOMEOWNERS' CONSTRUCTION RECOVERY FUND IF YOU LOSE MONEY ON A PROJECT PERFORMED UNDER CONTRACT, WHERE THE LOSS RESULTS FROM SPECIFIED VIOLATIONS OF FLORIDA LAW BY A LICENSED CONTRACTOR. FOR INFORMATION ABOUT THE RECOVERY FUND AND FILING A CLAIM, CONTACT THE FLORIDA CONSTRUCTION INDUSTRY LICENSING BOARD AT THE FOLLOWING TELEPHONE NUMBER AND ADDRESS: 850-487-1395, 2601 BLAIR STONE RD, TALLAHASSEE, FL 32399-0791

I have authority to order this work done by MB Home Improvements. It is agreed that the undersigned shall be personally liable for all amounts due and owing and that all materials and equipment provided shall remain the personal property of the seller until final payment.

The debt is due and payable ten days from the finish date. The seller shall not be liable for any defects in work or material unless the buyer gives written notice of same within 10 days of final installation. In case same is not paid in full within 10 days of the finish date, the debt shall bear the highest legal interest rate upon default.

In case suit shall be brought for the collection or enforcement hereof, or same has to be collected or enforced upon demand of an attorney, the buyer agrees to pay reasonable attorney's fees for enforcing the same and for making such collection.

The buyer further consents and agrees to pay reasonable expenses for said removal and storage of the above personally, and that the above personally may be removed and stored by MB Home Improvements.

In case of suit or otherwise it is agreed that the proper venue will be in Broward County FL. After 10 days of nonpayment a fee of $50 per certified mail notice will be added to the balance, $325 for recording a lien, $185 satisfaction of lien. The prevailing party in any action to enforce this agreement shall be entitled to recover its costs, expenses and legal and paralegal fees from the non-prevailing party related to the collection, suite, or other legal action, including arbitration and appeal.

Florida Statute 713.29 In any action brought to enforce a lien or to enforce a claim against a bond under this part, the prevailing party is entitled to recover a reasonable fee for the services of her or his attorney for trial and appeal or for arbitration, in an amount to be determined by the court, which fee must be taxed as part of the prevailing party's costs, as allowed in equitable action.

*Thank You For Your Business!*
*The Following Is The Licenses We Hold*

*CBC 1265305  CERTIFIED BUILDING CONTRACTOR STATE OF FLORIDA, 20-F-21966-X FENCING BROWARD, 20-RIR-21967-X INTERIOR REMODELING BROWARD,  20-WD-21968-X WINDOWS AND DOORS BROWARD, 21-R-22240-X ROOFING BROWARD, RC29027810 REGISTERD STATE ROOFING*

**Notes:**

## **Thank You For Your Business!**

ex D

 **Gmail**

Shaya Markovic <shaya@markoviclaw.com>

---

### You sent money with Zelle
1 message

---

**Wells Fargo Online** <alerts@notify.wellsfargo.com>
To: shaya@markoviclaw.com

Mon, May 22, 2023 at 5:27 PM

---

## You sent money with Zelle®

You sent money to Roy. Here are the details:

| | |
|---|---|
| **Date** | 05/22/2023 |
| **From account** | XXXXXXXXX8523 |
| **Amount** | $1,000.00 |
| **Fee** | $0.00 |
| **Confirmation code** | RP0R8ZMQ5K |
| **Description** | Advance payment on remodel |

Roy will receive a message saying you've sent the money and explaining any steps that may be required.

If you did not send this money, or if you have questions, call Wells Fargo Online Customer Service at 1-800-956-4442, 24 hours a day, 7 days a week.

---

wellsfargo.com   |   Security Center   |   Contact Us

**Please do not reply to this automated email.**

Enrollment with Zelle® through Wells Fargo Online® or Wells Fargo Business Online® is required. Terms and conditions apply. U.S. checking or savings account required to use Zelle®. Transactions between enrolled users typically occur in minutes. For your protection, Zelle® should only be used for sending money to friends, family, or others you trust. Neither Wells Fargo nor Zelle® offers a protection program for authorized payments made with Zelle®. The Request feature within Zelle® is only available through Wells Fargo using a smartphone. Payment requests to persons not already enrolled with Zelle® must be sent to an email address. To send or receive money with a small business, both parties must be enrolled with Zelle® directly through their financial institution's online or mobile banking experience. For more information, view the Zelle® Transfer Service Addendum to the Wells Fargo Online Access Agreement. Your mobile carrier's message and data rates may apply. Account fees (e.g., monthly service, overdraft) may apply to Wells Fargo account(s) with which you use Zelle®.

Zelle® and the Zelle® related marks are wholly owned by Early Warning Services, LLC and are used herein under license.

9b588a70-fb8f-4eeb-9415-6cdde117c247

ex D

 **Gmail**

**Shaya Markovic <shaya@markoviclaw.com>**

## You sent money with Zelle
1 message

**Wells Fargo Online** <alerts@notify.wellsfargo.com>
To: shaya@markoviclaw.com

Tue, May 23, 2023 at 10:21 PM

# You sent money with Zelle®

You sent money to Roy. Here are the details:

| | |
|---|---|
| **Date** | 05/23/2023 |
| **From account** | XXXXXXXXX8523 |
| **Amount** | $1,000.00 |
| **Fee** | $0.00 |
| **Confirmation code** | RP0R942STN |
| **Description** | advance payment remodel |

Roy will receive a message saying you've sent the money and explaining any steps that may be required.

If you did not send this money, or if you have questions, call Wells Fargo Online Customer Service at 1-800-956-4442, 24 hours a day, 7 days a week.

**wellsfargo.com**  |  Security Center  |  Contact Us

**Please do not reply to this automated email.**

Enrollment with Zelle® through Wells Fargo Online® or Wells Fargo Business Online® is required. Terms and conditions apply. U.S. checking or savings account required to use Zelle®. Transactions between enrolled users typically occur in minutes. For your protection, Zelle® should only be used for sending money to friends, family, or others you trust. Neither Wells Fargo nor Zelle® offers a protection program for authorized payments made with Zelle®. The Request feature within Zelle® is only available through Wells Fargo using a smartphone. Payment requests to persons not already enrolled with Zelle® must be sent to an email address. To send or receive money with a small business, both parties must be enrolled with Zelle® directly through their financial institution's online or mobile banking experience. For more information, view the Zelle® Transfer Service Addendum to the Wells Fargo Online Access Agreement. Your mobile carrier's message and data rates may apply. Account fees (e.g., monthly service, overdraft) may apply to Wells Fargo account(s) with which you use Zelle®.

Zelle® and the Zelle® related marks are wholly owned by Early Warning Services, LLC and are used herein under license.

072323fa-c58f-4723-8d7a-75ab4cadc2d7

ex n

 **Gmail**

Shaya Markovic <shaya@markoviclaw.com>

## You sent money with Zelle
1 message

**Wells Fargo Online** <alerts@notify.wellsfargo.com>
To: shaya@markoviclaw.com

Thu, Oct 26, 2023 at 2:30 PM

# You sent money with Zelle®

You sent money to Roy. Here are the details:

| | |
|---|---|
| Date | 10/26/2023 |
| From account | XXXXXXXXX8523 |
| Amount | $1,500.00 |
| Fee | $0.00 |
| Confirmation code | RP0RNQ7H3H |
| Description | 2341 advance payment |

Roy will receive a message saying you've sent the money and explaining any steps that may be required.

If you did not send this money, or if you have questions, call Wells Fargo Online Customer Service at 1-800-956-4442, 24 hours a day, 7 days a week.

wellsfargo.com  |  Security Center  |  Contact Us

**Please do not reply to this automated email.**

Enrollment with Zelle® through Wells Fargo Online® or Wells Fargo Business Online® is required. Terms and conditions apply. U.S. checking or savings account required to use Zelle®. Transactions between enrolled users typically occur in minutes. For your protection, Zelle® should only be used for sending money to friends, family, or others you trust. Neither Wells Fargo nor Zelle® offers a protection program for authorized payments made with Zelle®. The Request feature within Zelle® is only available through Wells Fargo using a smartphone. Payment requests to persons not already enrolled with Zelle® must be sent to an email address. To send or receive money with a small business, both parties must be enrolled with Zelle® directly through their financial institution's online or mobile banking experience. For more information, view the Zelle® Transfer Service Addendum to the Wells Fargo Online Access Agreement. Your mobile carrier's message and data rates may apply. Account fees (e.g., monthly service, overdraft) may apply to Wells Fargo account(s) with which you use Zelle®.

Zelle® and the Zelle® related marks are wholly owned by Early Warning Services, LLC and are used herein under license.

870325c3-1e30-4d43-b482-e4aa54de743d

ℯ✕ꝺ

 Gmail

Shaya Markovic <shaya@markoviclaw.com>

## You sent money with Zelle
1 message

**Wells Fargo Online** <alerts@notify.wellsfargo.com>
To: shaya@markoviclaw.com

Thu, May 25, 2023 at 5:15 PM

## You sent money with Zelle®

You sent money to Roy. Here are the details:

| | |
|---|---|
| Date | 05/25/2023 |
| From account | XXXXXXXXX8523 |
| Amount | $1,000.00 |
| Fee | $0.00 |
| Confirmation code | RP0R97G6TS |
| Description | advance payment on remodel |

Roy will receive a message saying you've sent the money and explaining any steps that may be required.

If you did not send this money, or if you have questions, call Wells Fargo Online Customer Service at 1-800-956-4442, 24 hours a day, 7 days a week.

wellsfargo.com   |   Security Center   |   Contact Us

**Please do not reply to this automated email.**

Enrollment with Zelle® through Wells Fargo Online® or Wells Fargo Business Online® is required. Terms and conditions apply. U.S. checking or savings account required to use Zelle®. Transactions between enrolled users typically occur in minutes. For your protection, Zelle® should only be used for sending money to friends, family, or others you trust. Neither Wells Fargo nor Zelle® offers a protection program for authorized payments made with Zelle®. The Request feature within Zelle® is only available through Wells Fargo using a smartphone. Payment requests to persons not already enrolled with Zelle® must be sent to an email address. To send or receive money with a small business, both parties must be enrolled with Zelle® directly through their financial institution's online or mobile banking experience. For more information, view the Zelle® Transfer Service Addendum to the Wells Fargo Online Access Agreement. Your mobile carrier's message and data rates may apply. Account fees (e.g., monthly service, overdraft) may apply to Wells Fargo account(s) with which you use Zelle®.

Zelle® and the Zelle® related marks are wholly owned by Early Warning Services, LLC and are used herein under license.

8f5a3079-c5eb-46a0-879c-c5d5583c7037

*ex 0*

 Gmail

Shaya Markovic <shaya@markoviclaw.com>

## You sent money with Zelle
1 message

Wells Fargo <alerts@notify.wellsfargo.com>
To: shaya@markoviclaw.com

Fri, Nov 3, 2023 at 11:45 AM

## You sent money with Zelle®

You sent money to Roy. Here are the details:

| | |
|---|---|
| Date | 11/03/2023 |
| From account | XXXXXXXXX8523 |
| Amount | $2,500.00 |
| Fee | $0.00 |
| Confirmation code | RP0RPD8RSC |
| Description | advance on 2341 job |

Roy will receive a message saying you've sent the money and explaining any steps that may be required.

If you did not send this money, or if you have questions, call Wells Fargo Online Customer Service at 1-800-956-4442, 24 hours a day, 7 days a week.

wellsfargo.com    |    Security Center    |    Contact Us

**Please do not reply to this automated email.**

Enrollment with Zelle® through Wells Fargo Online® or Wells Fargo Business Online® is required. Terms and conditions apply. U.S. checking or savings account required to use Zelle®. Transactions between enrolled users typically occur in minutes. For your protection, Zelle® should only be used for sending money to friends, family, or others you trust. Neither Wells Fargo nor Zelle® offers a protection program for authorized payments made with Zelle®. The Request feature within Zelle® is only available through Wells Fargo using a smartphone. Payment requests to persons not already enrolled with Zelle® must be sent to an email address. To send or receive money with a small business, both parties must be enrolled with Zelle® directly through their financial institution's online or mobile banking experience. For more information, view the Zelle® Transfer Service Addendum to the Wells Fargo Online Access Agreement. Your mobile carrier's message and data rates may apply. Account fees (e.g., monthly service, overdraft) may apply to Wells Fargo account(s) with which you use Zelle®.

Zelle® and the Zelle® related marks are wholly owned by Early Warning Services, LLC and are used herein under license.

64be7f4b-7c9f-4867-be17-6063d1049773





Shaya Markovic <shaya21@gmail.com>

---

## Your Payment With Construction Fort Lauderdale
1 message

---

**Construction Fort Lauderdale** <notifications@mg.sendajob.com>
Reply-To: construction_fort_lauderdale1@msg.workiz.com
To: Shaya21@gmail.com

Tue, Dec 6, 2022 at 2:32 PM

---

## Construction Fort Lauderdale

Hi Shaya

Thank you for your recent payment: here's your receipt!

| | |
|---|---|
| Invoice # | 35 |
| Amount paid | 5000 |
| Payment method | Paid with check #1332 |
| Paid on | Tue Dec 06 2022 |

Message Delivered by Workiz Copyright ©2022,



## Check Details

Item 1 of 6   Show full image*   🖶 Print

| Check Number | 1328 |
| Date Posted | 11/10/22 |
| Check Amount | $6,550.00 |



‹ Previous    Flip    🔎 Zoom    Next ›

* For your security, information like account numbers, signatures, and the ability to
view the backs of checks have been removed from the images.
You can see full or partial fronts and backs of the images by using the link at the top
of the window.

🏠 Equal Housing Lender



$ex'G'$

Shaya Markovic

---

## You sent money with Zelle
1 message

**Wells Fargo Online** <alerts@notify.wellsfargo.com>                    Sat, Sep 23, 2023 at 8:47 PM
To: shaya@markoviclaw.com

Vents & Bathroom

Final Peyment

---

## You sent money with Zelle®

You sent money to Roy. Here are the details:

| | |
|---|---|
| **Date** | 09/23/2023 |
| **From account** | XXXXXXXXX8523 |
| **Amount** | $1,750.00 |
| **Fee** | $0.00 |
| **Confirmation code** | RP0RL7HQVW |
| **Description** | ac vents and bathroom |

Roy will receive a message saying you've sent the money and explaining any steps that may be required.

If you did not send this money, or if you have questions, call Wells Fargo Online Customer Service at 1-800-956-4442, 24 hours a day, 7 days a week.

---

**wellsfargo.com**    |    Security Center    |    Contact Us

**Please do not reply to this automated email.**

Enrollment with Zelle® through Wells Fargo Online® or Wells Fargo Business Online® is required. Terms and conditions apply. U.S. checking or savings account required to use Zelle®. Transactions between enrolled users typically occur in minutes. For your protection, Zelle® should only be used for sending money to friends, family, or others you trust. Neither Wells Fargo nor Zelle® offers a protection program for authorized payments made with Zelle®. The Request feature within Zelle® is only available through Wells Fargo using a smartphone. Payment requests to persons not already enrolled with Zelle® must be sent to an email address. To send or receive money with a small business, both parties must be enrolled with Zelle® directly through their financial institution's online or mobile banking experience. For more information, view the Zelle® Transfer Service Addendum to the Wells Fargo Online Access Agreement. Your mobile carrier's message and data rates may apply. Account fees (e.g., monthly service, overdraft) may apply to Wells Fargo account(s) with which you use Zelle®.

Zelle® and the Zelle® related marks are wholly owned by Early Warning Services, LLC and are used herein under license.

ea037ad2-53f0-49c0-9852-dae77d5ed599

*Tex H*

# WELLS FARGO

## Confirmation

You successfully submitted your wire on 09/20/2023 at 09:03 am Pacific Time.

To

*Payment for AC vents 6 bathroom*

ROY Home Improvement
United States

| | |
|---|---|
| **From** | EVERYDAY CHECKING<br>...8523 (Available balance $26,099.99) |
| **Amount** | $3,000.00 |
| **Fees** | $25.00 |
| **Total from account** | $3,025.00 |
| **Send on** (?) | 09/20/2023 |
| **Deliver by** (?) | 09/20/2023 |
| **Message to recipient's bank** | new Invoice bathroom and AC |
| **Status** | Pending |
| **Confirmation number** | OW00003646089020 |

Send Another Wire

ex H

# Send Money - Confirmation

How do I request money?

Send To
**MB Home Improvements**

Ac/vent Payment

Send By Mobile Phone
**(•••) •••-8006**

From Account
**EVERYDAY CHECKING ...8523 (Available balance = $20,074.99)**

Amount
**$3,000.00**

Delivery
**The money will be available in MB Home Improvements's account typically in minutes.**

Memo
**AC Vents**

Confirmation Code
**RP0RL48JPX***

*A confirmation has been sent to your primary email address and your online banking secure mailbox.

View Activity | View All Recipients | View Account Summary

−ex

# **Wire Transfer Services**

Outgoing Wire Transfer Request



WELLS
FARGO

| Today's Date: | | | Wells Fargo Reference Number: | |
|---|---|---|---|---|
| 04/17/2023 | | | FW0013044107253707 | |
| Banker Name: | | | Officer/Portfolio Number: | |
| REYNALDO ALVAREZ | | | B4195 | |
| Banker Phone: | Branch Number: | Banker AU: | Banker MAC: | |
| 954/281-1999 | 11414 | 0013044 | Z6383-010 | |

Outgoing wires can only be sent for Wells Fargo customers. Provide the Customer Copy to the customer ensuring you give them the Wire Transfer Agreement on pages 3 and 4. Note: Wells Fargo Wire Transfer Services will route wires based on correspondent banking relationships. See the Wire Transfer Information for explanations of the Mexican CLABE number, the SWIFT BIC, the International Routing Code ("IRC") , Indian Financial System Code (IFSC) and the International Bank Account Number ("IBAN").

### Originator's Information

| Originator Name: | | | Street Address: | |
|---|---|---|---|---|
| SHAYA MARKOVIC | | | 16710 NE 9TH AVE APT 602 | |
| Primary ID Type: | Primary ID Description: | | Address Line 2: | |
| PINV NS | PIN Validation | | | |
| Primary ID St/Ctry/Prov: | Primary ID Issue Date: | Primary ID Expiration Date: | Address Line 3: | |
| | NONE | NONE | | |
| Secondary ID Type: | Secondary ID Description: | | City: | State: |
| DLIC | | | NORTH MIAMI BEACH | FL |
| Secondary ID State/Country: | Secondary ID Issue Date: | Secondary ID Expiration Date: | ZIP/Postal Code: | Country: |
| FL | 12/06/2021 | 02/02/2030 | 33162-2530 | US |
| | | | Home Phone: | Business Phone: |

### Wire Amount and Source of Funds

| Create AU: | Amount (US Dollars): | Debit Wells Fargo Account: | Bank/COID: |
|---|---|---|---|
| 0013044 | $20,000.00 | | 00287 |

### Beneficiary/Recipient Information (This is the ultimate recipient of the wire transfer funds)

| Beneficiary/Recipient Name: | Name/Address Line 1: |
|---|---|
| CONSTRUCTION FORT LAUDERDALE | 4814 SW 34TH TER |
| Beneficiary Account Number/IBAN (Foreign)/CLABE (Mexico): | Name/Address Line 2: |
| 1599 | |
| Purpose of Funds: | Name/Address Line 3: |
| | FORT LAUDERDALE, FL, US |
| | Beneficiary Phone Number: |
| Additional Instructions: | |
| 2341 PROPERTY | |



WTR6603 (2-20 SVP)

*ex i*

# Wire Transfer Services

Outgoing Wire Transfer Request



WELLS
FARGO

| Today's Date: | | | Wells Fargo Reference Number: | |
|---|---|---|---|---|
| 07/13/2023 | | | FW0013044194305632 | |
| Banker Name: | | | Officer/Portfolio Number: | |
| REYNALDO ALVAREZ | | | B4195 | |
| Banker Phone: | Branch Number: | Banker AU: | Banker MAC: | |
| 954/281-1999 | 11414 | 0013044 | Z6383-010 | |

Outgoing wires can only be sent for Wells Fargo customers. Provide the Customer Copy to the customer ensuring you give them the Wire Transfer Agreement on pages 3 and 4. Note: Wells Fargo Wire Transfer Services will route wires based on correspondent banking relationships. See the Wire Transfer Information for explanations of the Mexican CLABE number, the SWIFT BIC, the International Routing Code ("IRC"), Indian Financial System Code (IFSC) and the International Bank Account Number ("IBAN").

## Originator's Information

| Originator Name: | | | Street Address: | |
|---|---|---|---|---|
| SHAYA MARKOVIC | | | 16710 NE 9TH AVE APT 602 | |
| Type: | Primary ID Description: | | Address Line 2: | |
| PINV WS | PIN Validation | | | |
| Primary ID St/Ctry/Prov: | Primary ID Issue Date: | Primary ID Expiration Date: | Address Line 3: | |
| | NONE | NONE | | |
| Secondary ID Type: | Secondary ID Description: | | City: | State: |
| DLIC | | | NORTH MIAMI BEACH | FL |
| Secondary ID State/Country: | Secondary ID Issue Date: | Secondary ID Expiration Date: | ZIP/Postal Code: | Country: |
| FL | 12/06/2021 | 02/02/2030 | 33162-2530 | US |
| | | | Home Phone: | Business Phone: |
| | | | 412/849-4138 | |

## Wire Amount and Source of Funds

| Create AU: | Amount (US Dollars): | Debit Wells Fargo Account: | Bank/COID: |
|---|---|---|---|
| 0013044 | $10,000.00 | | 00287 |

### Beneficiary/Recipient Information (This is the ultimate recipient of the wire transfer funds)

| Beneficiary/Recipient Name: | Name/Address Line 1: |
|---|---|
| CONSTRUCTION FORT LAUDERDALE | 4814 SW 34TH TER |
| Beneficiary Account Number/IBAN (Foreign)/CLABE (Mexico): | Name/Address Line 2: |
| 1599 | |
| Purpose of Funds: | Name/Address Line 3: |
| | FORT LAUDERDALE, FL, US |
| | Beneficiary Phone Number: |
| Additional Instructions: | |
| 2341 PROPERTY | |



Page 1 of 4