Outlook

**Withdrawal as Counsel - Piafsky v MB Home Improvement**

From: Justin Tolley <Justin@tolleyfirm.com>
Date: Tue 1/28/2025 2:09 PM
To: Maxim Bohadana <max@mbhi.pro>

5 attachments (833 KB)
RTP (1st) on MBHI 2024-11-26 (1).pdf; RTP (1st) on MB 2024-11-26 (1).pdf; Motion to Withdrawal MB.docx; Proposed Order of Withdrawal MB.docx; Engagement Letter . Piafsky v. MB Home Improvement (1).pdf;

Max,

As discussed on our earlier call, I will be filing the attached Motion to Withdrawal as Counsel of Record as to both yourself individually and MB Home Improvement Inc. You understand that in the event the judge grants my Motion you will need to retain new counsel to defend MB Home Improvement Inc., as you are only able to defend yourself individually and not in the capacity of the corporation. You have been made aware of the pending Requests for Production of documents and mediation which is scheduled for March 13, 2025.

Please confirm the above and let me know if you have any questions or concerns.


Thanks,

Justin Tolley
The Tolley Firm P.A.
[2600 S. Douglas Rd, Ste 1008](#)
[Coral Gables, Florida 33134](#)
Office 786-475-4279 Mobile: 804 840 3090
Email: [Justin@Tolleyfirm.com](#)


This e-mail, and any attachments thereto, is intended only for the use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited. If you have received this e-mail in error, please immediately notify me by telephone and permanently delete the original and any copy of any e-mail and any printout thereof