UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 0:24-CV-60382

JESSICA PIAFSKY, an individual,
                            Plaintiff,

v.

MB HOME IMPROVEMENTS INC. a Florida corporation, MAXIM BOHADANA, an individual, ROI NEEMAN, an individual and CONSTRUCTION FORT LAUDERDALE INC .d/b/a MB HOME IMPROVEMENTS, a Florida corporation,
                            Defendants

## **ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL**

Before the Court is Counsel for Defendants, MB Home Improvements Inc., and Maxim Bohadana ("Bohadana") Motion to Withdraw as Counsel ("Motion") [ECF No. 63] filed by on behalf of Defendants on January 29, 2025. Upon Due consideration, it is ORDERS AND ADJUDGED as follows:

1. The Motion to Withdraw as Counsel for MB Home Improvements Inc. and Maxim Bohadana is hereby GRANTED.

2. The Tolley Firm, P.A., and attorney Justin Tolley, Esq. are relieved of any further responsibility for the representation of MB Home Improvements Inc. and/or Mr. Bohadana in this matter.

3. MB Home Improvements Inc. is advised that, as a corporation, it cannot proceed pro se and must be represented by counsel. MB Home Improvements Inc. shall have fourteen (14) days from the date of this Order to retain new counsel, who shall file a Notice of Appearance. Failure to do so may result in sanctions, including the possibility of default.

4. Mr. Bohadana may elect to proceed pro se or retain new counsel. If he intends to proceed without counsel, Mr. Bohadana shall file a notice with the Court to that effect within fourteen (14) days of this Order. Otherwise, new counsel shall file a Notice of Appearance on his behalf within the same period.

5. Parties should serve all future correspondence and pleadings on Maxim Bohadana at the following physical address 6412 N University Dr Ste 102 Tamarac, FL 33321, with email correspondence to be directed to max@mbhi.pro.

**DONE and ORDERED** in the Southern District of Florida this _____ day of _____, 20___.

_____
Judge David S. Leibowitz
**UNITED STATES DISTRICT JUDGE**

**CC:** All Parties and Counsel of Record