**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA**

**Case No.: 0:24-CV-60382**

JESSICA PIAFSKY, an individual,

    Plaintiff,

v.

MB HOME IMPROVEMENTS INC. a Florida corporation, MAXIM BOHADANA, an individual, ROI NEEMAN, an individual and CONSTRUCTION FORT LAUDERDALE INC. d/b/a MB HOME IMPROVEMENTS, a Florida corporation,

    Defendants.
_____ /

## NOTICE OF APPEARANCE OF ANDREW W. BRAY, ESQ.

COMES NOW, Defendants, MB HOME IMPROVEMENTS INC., a Florida Corporation and MAXIM BOHADANA, an Individual, by and through his undersigned counsel and hereby serves notice upon this Honorable Court and all parties hereto of the appearance of Andrew W. Bray, Esq. on behalf of Defendants, MB HOME IMPROVEMENTS INC., a Florida Corporation and MAXIM BOHADANA, an Individual in the above-referenced matter.

Date: February 14, 2025,          Respectfully submitted,

                                By:    <u>Andrew W. Bray</u>
                                       Andrew W. Bray, Esq. (Fla. Bar No. 0752401)
                                       Brian P. Henry, Esq. (Fla. Bar No. 0089069)
                                       ROLFES HENRY CO., LPA
                                       110 SE 6th Street, Suite 1920
                                       Fort Lauderdale, Florida 33301
                                       T: (954) 530-5601
                                       F: (954) 530-5291
                                       E:  abray@rolfeshenry.com
                                       E:  kacuna@rolfeshenry.com
                                       E:  bhenry@rolfehenry.com

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and accurate copy of the foregoing has been served via e-mail on counsel for all parties at the email addresses below or has been served by automatic service by the Court's e-filing system, on February 14, 2025.

Daniel W. Berenthal, Esq.
Berenthal & Associates, P.A.
255 Alhambra Circle, Suite 1150
Coral Gables, FL 33134
E: dwb@berenthalaw.com

*Attorney for Plaintiff*

                                          */s/ Andrew W. Bray*
                                          Andrew W. Bray, Esq. (Fla. Bar No. 752401)