UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:24-cv-60382-LEIBOWITZ/AUGUSTIN-BIRCH

**JESSICA PIAFSKY**,

    *Plaintiff*,

v.

**MB HOME IMPROVEMENTS, INC.,** *et al.*,

    *Defendants.*

_____/

## ORDER

Before the Court is Plaintiff's Unopposed Motion to Extend Time for Factual Discovery (the "Motion") [ECF No. 71], filed on February 14, 2025.  Upon due consideration, it is **ORDERED AND ADJUDGED** the Motion [**ECF No. 71**] is **GRANTED**.  The parties shall complete factual discovery **no later than June 2, 2025**.  No further extensions will be granted absent extraordinary circumstances.

**DONE AND ORDERED** in the Southern District of Florida this February 14, 2025.



DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc:  counsel of record