# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 0:24-cv-60382-LEIBOWITZ/AUGUSTIN-BIRCH

**JESSICA PIAFSKY**,

      *Plaintiff,*

*v.*

**MB HOME IMPROVEMENTS, INC.,** *et al.*,

      *Defendants.*

_____/

### ORDER

    **THIS CAUSE** is before the Court on a *sua sponte* review of the docket.  Plaintiff's motion for summary judgment is now fully briefed.  [ECF Nos. 98, 103, 106].  Per the Court's Amended Scheduling Order, the parties are reminded that in connection with a motion for summary judgment, "the parties shall also file a Joint Statement of Undisputed Facts, *within seven (7) days of any motion for summary judgment being fully briefed.*"  [ECF No. 85 at 4 (emphasis added)].

    Accordingly, it is hereby **ORDERED AND ADJUDGED** that the parties shall file a Joint Statement of Undisputed Facts **no later than October 28, 2025**.

    **DONE AND ORDERED** in the Southern District of Florida on October 22, 2025.

DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc:    counsel of record