**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No.: 0:24-cv-60382-DSL**

JESSICA PIAFSKY, an individual,
Plaintiff,

v.

MB HOME IMPROVEMENTS INC. a Florida Corporation, MAXIM BOHADANA, an Individual, ROI NEEMAN, an Individual and CONSTRUCTION FORT LAUDERDALE, INC. d/b/a MB HOME IMPROVEMENTS, a Florida Corporation,
Defendants.

## PLAINTIFF'S NOTICE OF FILING PLAINTIFF'S FIRST EXHIBIT LIST

Plaintiff, Jessica Piafsky (hereinafter "Piafsky" or "Plaintiff") by and through undersigned counsel, hereby files Plaintiff's First Witness List of Witnesses Plaintiff intends to call at used at Trial.

1. Jessica Piafsky, 1471 Park Street, Atlantic Beach, NY 11509.
2. Samuel Farber, 1471 Park Street, Atlantic Beach, NY 11509.
3. Roi Neeman, 4814 SW 34th Terrace, Ft Lauderdale, FL 33312.
4. Kareen Neeman, 4814 SW 34th Terrace, Ft Lauderdale, FL 33312.
5. Shaya Markovic, 1221 South 21st Avenue, Hollywood, FL 33020.
6. Maxim Bohadana, 9610 Northwest 24th Street, Sunrise, Florida 33322.
7. G. Walid Wahab, 818 SW 4th Avenue, Miami, FL 33130.

Dated: December 22, 2025

**BERENTHAL & ASSOCIATES**
By: /s/ David W. Berenthal
David W. Berenthal
Florida Bar No. 159220
E-mail: dwb@berenthalaw.com

255 Alhambra Circle
Suite 1150
Coral Gables, FL 33134
Telephone: (212) 302-9494

**CERTIFICATE OF SERVICE**

I hereby certify that on December 22, 2025, I electronically filed the foregoing with the Clerk of the District Court using the CM/ECF system, and that I have e-mail the document to the following non-CM/ECF Participants who have agreed to accept the same via e-mail:

Construction Fort Lauderdale Inc.: constructionfortlauderdale@gmail.com

Roi Neeman: roineeman29@gmail.com

Dated: December 22, 2025

**BERENTHAL & ASSOCIATES**
By: /s/ David W. Berenthal
David W. Berenthal
Florida Bar No. 159220
E-mail: dwb@berenthalaw.com
255 Alhambra Circle
Suite 1150
Coral Gables, FL 33134
Telephone: (212) 302-9494