IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No.: 0:24-CV-60382

JESSICA PIAFSKY, an individual,

    Plaintiff,

v.

MB HOME IMPROVEMENTS INC. a Florida
corporation, MAXIM BOHADANA, an individual,
ROI NEEMAN, an individual and
CONSTRUCTION FORT LAUDERDALE INC.
d/b/a MB HOME IMPROVEMENTS, a Florida
corporation,

    Defendants.
_____ /

## DEFENDANTS MB HOME IMPROVEMENTS, INC.'S AND MAXIM BOHADANA'S WITNESS LIST

Defendants MB Home Improvements, Inc. ("MBHI") and Maxim Bohadana, (collectively "MB Defendants") by and through their undersigned counsel, hereby submit their fact witness list for witnesses to be called at trial as follows:

1. Jessica Piafsky
   1471 Park Street,
   Atlantic Beach, NY  11509

   Plaintiff is expected to testify regarding the alleged damages, payments made, invoices, communications with Roi Neeman, Kareen Neeman, Nofar Levy, Samuel Farber, contracts executed in this case, modifications to those contracts, and her purchase of the subject property located at 3272 SW 51st St, Hollywood, Florida ("Subject Property").

2. Samuel Farber
   1471 Park Street,
   Atlantic Beach, NY  11509

   Samuel Farber is expected to testify as to his personal knowledge regarding contracts related to the Subject Property, any work that was done at the Subject Property, and communications with Plaintiff, Roi Neeman, Kareen Neeman, and Nofar Levy.

3. Roi Neeman
   4814 SW 34th Terrace,
   Fort Lauderdale, FL  33312

   Roi Neeman is expected to testify regarding his involvement with Construction Fort Lauderdale Inc., his contract with Plaintiff, his communications with Plaintiff and Samuel Farber in relation to the Subject Property, including scope of work he was hired to perform, work actually performed, payments received, and permitting for the work.

4. Kareen Neeman
   4814 SW 34th Terrace,
   Fort Lauderdale, FL  33312

   Kareen Neeman is expected to testify regarding her personal involvement with the renovation project at the Subject Property including her communications with Roi Neeman, Plaintiff, and Samuel Farber in relation to the Subject Property.

5. Marlon Aronstam
   5278-S Boca Marina Cir.
   Boca Raton, FL  33487

   Marlon Aronstam is expected to testify regarding his prior experience with hiring Roi Neeman and/or Construction Fort Lauderdale Inc. for home renovations at this property, his experience and communications with Roi Neeman and Maxim Bohadana.

6. Shlomo Danon
   1000 Parkview Drive
   Apt 930
   Hallandale Beach, FL 33009

   Shlomo Danon is expected to testify regarding renovation and/or construction work he or his company performed at the Subject Property.

7. Nofar (Levy) Shrem
   4940 Windward Way
   Fort Lauderdale, FL  33312

   Nofar (Levy) Shrem is expected to testify regarding her personal knowledge of the scope of work, contracts, permitting, and other documents in relation to the Subject Property as well as her communications with Plaintiff, Samuel Farber, Kareen Neeman, and Roi Neeman in relation to the Subject Property.

8. Maxim Bohadana
   9610 Northwest 24th St.
   Sunrise, FL  33322

    Maxim Bohadana is expected to testify as to the relationship between MB Home Improvements, Inc. and Construction Fort Lauderdale, Inc., permits for the Subject Property, and payments in relation to any work at the Subject Property.

9. Witnesses as needed to testify regarding ministerial or business records issues, including, but not limited to, authentication of records, invoices, quotes, estimates, etc.

10. All witnesses disclosed by other parties to this case.

11. All persons identified in any pleadings, statements, answers to interrogatories, responses to requests for production, or items/documents produced or otherwise appearing in this action.

12. Any witnesses who subsequently becomes known.

13. Any individual identified in any records obtained in this matter.

14. Custodians of any exhibits to which authenticity, foundation, and/or admissibility is not stipulated.

15. All witnesses who have been deposed or will be deposed.

16. Rebuttal witnesses as necessary.

Date: January 6, 2026,

Respectfully submitted,

By:   */s/ Diana E. Gavrilova*
      Diana E. Gavrilova, Esq. (1035441)
      Brian P. Henry, Esq. (0089069)
      ROLFES HENRY CO., LPA
      110 SE 6th Street #1920
      Fort Lauderdale, FL  33301
      T:  (954) 530-5601
      E:  dgavrilova@rolfeshenry.com
      E:  nbauldrick@rolfeshenry.com
      E:  bhenry@rolfeshenry.com
      E:  kmcclintock@rolfeshenry.com

*Attorneys for Defendants*
*Maxim Bohadana and*
*MB Home Improvements, Inc.*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and accurate copy of the foregoing has been served via e-mail on counsel for all parties at the email addresses below or has been served by automatic service by the Court's e-filing system, on January 6, 2026.

Daniel W. Berenthal, Esq.
Berenthal & Associates, P.A.
255 Alhambra Circle, Suite 1150
Coral Gables, FL 33134
E: dwb@berenthalaw.com

*Attorney for Plaintiff*

Roi Neeman
E: roineeman29@gmail.com

Construction Fort Lauderdale, Inc.
E: constructionfortlauderdale@gmail.com

                                            */s/ Diana E. Gavrilova*
                                            Diana E. Gavrilova, Esq.