The Honorable David S. Leibowitz

United States District Court

Southern District of Florida

1/12/26



Re: Jessica Piafsky v. MB Home Improvements Inc., et al.

Case No. 0:24-cv-60382

Dear Honorable Judge Leibowitz:

My name is Roi Neeman, and I am a defendant in the above-captioned matter. I am appearing pro se.

I respectfully write to inform the Court that I am making diligent efforts to comply with all Court orders, instructions, and deadlines. At the same time, I am proceeding cautiously, as I do not wish to submit anything in writing that could inadvertently affect my rights or position in this case.

I have reviewed the stipulated disputes and have done my best to understand and address them. However, I am having a hard time understanding what is required of me regarding the verdict sheet and the proposed jury instructions. This is difficult for me because I do not have legal training.

My difficulty is not due to a lack of effort or unwillingness to comply, but rather to my status as a self-represented party attempting to follow the Court's directions in good faith. I remain committed to complying with the Court's requirements to the best of my ability.

Thank you for the Court's time and consideration.

Respectfully submitted,



Roi Neeman

Defendant, Pro Se

4814 SW 34th Terrace

Fort Lauderdale, FL 33312

Phone: 954-609-8006

Email: Roineeman29@gmail.com