UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:24-cv-60382-LEIBOWITZ/AUGUSTIN-BIRCH

**JESSICA PIAFSKY**,
    *Plaintiff,*

v.

**MB HOME IMPROVEMENTS, INC.,** *et al.*,
    *Defendants.*
_____/

## ORDER

**THIS CAUSE** is before the Court upon a *sua sponte* review of the docket. On January 13, 2026, Plaintiff filed a Motion in Limine to Exclude Certain Testimony and Evidence (the "Motion"). [ECF No. 134]. Defendants' response was due on January 27, 2026. That deadline has passed, and Defendants have neither responded to the Motion nor sought an extension of time to respond. Pursuant to the Local Rules, "each party opposing a motion shall serve an opposing memorandum of law not later than fourteen (14) days after service of the motion. Failure to do so may be deemed sufficient cause for granting the motion by default." S.D. FLA. LOC. R. 7.1(c).

Accordingly, it is hereby **ORDERED AND ADJUDGED** that Defendants shall **SHOW CAUSE** in writing why the Motion should not be granted by default **no later than January 31, 2026**. Failure to respond by the above deadline may result in the Motion being granted by default *without further notice.*

**DONE AND ORDERED** in the Southern District of Florida on January 28, 2026.

                                                                                          DAVID S. LEIBOWITZ
                                                                                        UNITED STATES DISTRICT JUDGE

cc: counsel of record