**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No.: 0:24-cv-60382-DSL**

JESSICA PIAFSKY, an individual,

Plaintiff,

v.

MB HOME IMPROVEMENTS INC. a Florida Corporation, MAXIM BOHADANA, an Individual, ROI NEEMAN, an Individual, and CONSTRUCTION FORT LAUDERDALE, INC. d/b/a MB HOME IMPROVEMENTS, a Florida Corporation,

Defendants.

**NOTICE OF AVAILABILITY FOR TRIAL**

Plaintiff, Jessica Piafsky (hereinafter "Piafsky" or "Plaintiff") by and through undersigned counsel, and pursuant to the Court's March 12, 2026 Order to Show Court, hereby notifies the Court that undersigned counsel has conferred with Diana Gavrilova, counsel for defendants MB Home Improvements, Inc. and Maxim Bohadana, and defendant *pro se* Roi Neeman, and the parties agree that they are available for trial on the following dates:

October 12-15, 19-22, and 26-29, 2026

November 11-12 and 16-19, 2026

December 14-17 and 28-30, 2026

Dated: March 19, 2026

**BERENTHAL & ASSOCIATES**
By: /s/ David W. Berenthal
David W. Berenthal, Esq
Florida Bar No. 159220
E-mail: dwb@berenthalaw.com
2100 Ponce De Leon Boulevard,
Mezzanine Level
Coral Gables, FL 33134-5207
Telephone: (212) 302-9494

**CERTIFICATE OF SERVICE**

I hereby certify that on March 19, 2026, I electronically filed the foregoing with the Clerk of the District Court using the CM/ECF system, and that I have e-mail the document to the following non-CM/ECF Participants who have agreed to accept the same via e-mail:

Construction Fort Lauderdale Inc.: constructionfortlauderdale@gmail.com

Roi Neeman: roineeman29@gmail.com

Dated: March 19, 2026

**BERENTHAL & ASSOCIATES**
By: /s/ David W. Berenthal
David W. Berenthal
Florida Bar No. 159220
E-mail: dwb@berenthalaw.com
255 Alhambra Circle
Suite 1150
Coral Gables, FL 33134
Telephone: (212) 302-9494