**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 0:24-cv-60382-LEIBOWITZ/AUGUSTIN-BIRCH**

**JESSICA PIAFSKY**,

*Plaintiff*,

*v.*

**MB HOME IMPROVEMENTS, INC.**, *et al.*,

*Defendants.*
_______________________________________/

**ORDER AND NOTICE**
**SETTING PRETRIAL CONFERENCE AND JURY TRIAL**

**THIS CAUSE** is before the Court upon the parties' Response to Order to Show Cause [ECF Nos. 145, 146] and Plaintiff's Notice of Availability for Trial [ECF No. 147]. It is **ORDERED AND ADJDUGED** that the Court's March 12, 2026, Order to Show Cause, is **DISCHARGED**.

PLEASE TAKE NOTICE that the calendar call in this matter is now scheduled for **Thursday, October 15, 2026, at 10:00 a.m.**, as well as the jury trial scheduled to begin on **Monday, November 16, 2026, will take place in Courtroom 12-3 of the Wilkie D. Ferguson, Jr. U.S. Courthouse, 400 N. Miami Ave., Miami, FL 33128**. Counsel of record must appear in person. No zoom appearances of witnesses will be allowed absent extraordinary circumstances.

**DONE AND ORDERED** in the Southern District of Florida on March 19, 2026.

DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc: counsel of record