**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 0:24-cv-60382-LEIBOWITZ/AUGUSTIN-BIRCH**

**JESSICA PIAFSKY**,

     *Plaintiff,*

v.

**MB HOME IMPROVEMENTS, INC.,** *et al.*,

     *Defendants.*

_____/

## ORDER

**THIS CAUSE** is before the Court *sua sponte.*  It is hereby **ORDERED AND ADJUDGED** that **no later than July 24, 2026**, the parties shall file a joint notice of their availability for a mediation before United States Magistrate Judge Panayotta D. Augustin-Birch, to take place between August 31 and October 2, 2026.

**DONE AND ORDERED** in the Southern District of Florida on July 17, 2026.

_____
DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc: counsel of record