**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 0:24-cv-60382-LEIBOWITZ/AUGUSTIN-BIRCH**

**JESSICA PIAFSKY**,

*Plaintiff*,

*v.*

**MB HOME IMPROVEMENTS, INC., *et al.*,**

*Defendants.*
_______________________________________/

**ORDER**

**THIS CAUSE** is before the Court on Plaintiff's Unopposed Motion to Extend the Deadlines Set Forth in the Court's July 16, 2026 Order (the "Motion") [ECF No. 153], filed on July 28, 2026. Plaintiff requests an extension of the July 31 deadline this Court set out in its Order Denying Plaintiff's Motion for Summary Judgment [ECF No. 149]. Upon due consideration and for good cause shown, it is hereby **ORDERED AND ADJUDGED** as follows:

1. The Motion [**ECF No. 153**] is **GRANTED**.
2. **No later than August 21, 2026**, the attorneys for each party shall (i) identify the elements of each claim or affirmative defense based on the relevant, governing law and (ii) identify the specific allegations supporting each claim or affirmative defense *as pleaded*. After doing so, the attorneys shall meet and confer to update and re-file their Joint Proposed Jury Instructions [ECF No. 131] and Joint Proposed Verdict Sheet [ECF No. 133].
3. **No later than August 21, 2026**, Plaintiff shall **SHOW CAUSE** in writing why Count IV should not be dismissed for failure to state claim.

**DONE AND ORDERED** in the Southern District of Florida on July 28, 2026.

DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc: counsel of record
Roi Neeman, *pro se*
4814 S.W. 34th Terrace
Ft. Lauderdale, FL 33312
Email: roineeman29@gmail.com