**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 0:24-cv-60382-LEIBOWITZ/AUGUSTIN-BIRCH**

**JESSICA PIAFSKY**,

*Plaintiff*,

*v.*

**MB HOME IMPROVEMENTS, INC., *et al.*,**

*Defendants.*
_______________________________________/

**ORDER**

**THIS CAUSE** is before the Court on Plaintiff's Second Unopposed Motion to Extend the Deadlines Set Forth in the Court's July 16, 2026 Order As Amended (the "Motion") [ECF No. 155], filed on August 21, 2026. Plaintiff requests another extension of the July 31 deadline the Court set out in its Order Denying Plaintiff's Motion for Summary Judgment [ECF No. 149]. Plaintiff's counsel cites a litany of personal issues that have precluded him from complying with the original July 31 deadline and . [ECF No. 155 ¶¶ 6–8]. The Court is sympathetic to Plaintiff's counsel but does not believe that one lawyer's personal issues should constitute good cause to extend a court-ordered deadline—especially for a second time and especially in a case as straightforward as this one that has been pending for well over two years.

Accordingly, and for good cause shown, it is hereby **ORDERED AND ADJUDGED** as follows:

1. The Motion [**ECF No. 155**] is **GRANTED IN PART**.
2. **No later than August 28, 2026**, the attorneys for each party shall (i) identify the elements of each claim or affirmative defense based on the relevant, governing law and (ii) identify the specific allegations supporting each claim or affirmative defense *as pleaded*. After doing

so, the attorneys shall meet and confer to update and re-file their Joint Proposed Jury Instructions [ECF No. 131] and Joint Proposed Verdict Sheet [ECF No. 133].

3. **No later than August 28, 2026**, Plaintiff shall **SHOW CAUSE** in writing why Count IV should not be dismissed for failure to state a claim.

Failure to comply with these deadlines will result in dismissal of this case without prejudice *without further notice*.

**DONE AND ORDERED** in the Southern District of Florida on August 24, 2026.

**DAVID S. LEIBOWITZ**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record
Roi Neeman, *pro se*
4814 S.W. 34th Terrace
Ft. Lauderdale, FL 33312
Email: roineeman29@gmail.com