**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 0:24-cv-60382-LEIBOWITZ/AUGUSTIN-BIRCH**

**JESSICA PIAFSKY,**

*Plaintiff*,

*v.*

**MB HOME IMPROVEMENTS, INC., *et al.*,**

*Defendants.*

______________________________________/

**ORDER**

**THIS CAUSE** is before the Court on the parties' Joint Motion to Extend the Deadlines Set Forth in the Court's July 16, 2026 Order As Amended (the "Motion") [ECF No. 157], filed on August 28, 2026. For good cause shown, it is hereby **ORDERED AND ADJUDGED** as follows:

1. The Motion [**ECF No. 157**] is **GRANTED**.
2. **No later than September 18, 2026**, the attorneys for each party shall (i) identify the elements of each claim or affirmative defense based on the relevant, governing law and (ii) identify the specific allegations supporting each claim or affirmative defense *as pleaded*. After doing so, the attorneys shall meet and confer to update and re-file their Joint Proposed Jury Instructions [ECF No. 131] and Joint Proposed Verdict Sheet [ECF No. 133]. To avoid any doubt or confusion, all of this must be done by September 18.

**DONE AND ORDERED** in the Southern District of Florida on August 31, 2026.

DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc: counsel of record
Roi Neeman, *pro se*
4814 S.W. 34th Terrace
Ft. Lauderdale, FL 33312
Email: roineeman29@gmail.com