**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 0:24-cv-60382-LEIBOWITZ/AUGUSTIN-BIRCH**

**JESSICA PIAFSKY,**

*Plaintiff,*

*v.*

**MB HOME IMPROVEMENTS, INC., *et al.*,**

*Defendants.*
_______________________________________/

**ORDER MEMORIALIZING PRETRIAL CONFERENCE**

The Court held a pretrial conference on October 15, 2026. [*See* ECF No. 171]. The Court made rulings at the conference which are memorialized in this Order. To the extent the Court made additional or more detailed rulings on the record that are not memorialized in this written Order, those rulings are binding on the parties as set forth on the record.

Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

1. The jury trial in this case set to begin on November 16, 2026, is hereby **CANCELLED**.
2. **THIS CASE** is set for trial during the Court's two-week trial calendar beginning **January 19, 2027**. Counsel for all parties shall also appear at a pretrial conference on **December 7, 2026** at **4:30 p.m.**
3. **No later than November 23, 2026**, the parties shall submit renewed trial preparation materials including, but not limited to, a joint pre-trial stipulation of all undisputed facts, proposed jury instructions and verdict form, witness lists, and exhibit lists. These submissions shall comply with the Court's Scheduling Order [ECF No. 39].
4. **No later than December 8, 2026**, the parties may file renewed dispositive motions, including but not limited to motions for summary judgment and motions for judgment on

the pleadings, and renewed motions in limine (not including *Daubert* motions). Each party is limited to filing one omnibus motion in limine, which may not, without leave of Court, exceed the page limits allowed by the Rules. **The parties are reminded that motions in limine must contain the Local Rule 7.1(a)(3) certification.**

5. Pursuant to the stipulation of the parties as stated on the record, Plaintiff's Motion *In Limine* **[ECF No. 134]** is **DENIED** *without prejudice.*

**DONE AND ORDERED** in the Southern District of Florida on October 15, 2026.

DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc: counsel of record